CAROLYN A. DYE (SBN 97527)
Law Office of Carolyn A. Dye
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

General Counsel for
Picture Car Warehouse, Inc.,
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PICTURE CAR WAREHOUSE, INC.,<br><br>               Debtor. | Case No. 1:15-bk-13495-MT<br>     [Chapter 11]<br><br>DEBTOR IN POSSESSION'S CASE<br>STATUS REPORT<br><br>Date: January 7, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 302<br>       2041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY

JUDGE, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

**FACTUAL BACKGROUND**

October 20, 2015, Picture Car Warehouse, Inc. ("PCW") filed its Chapter 11 voluntary petition. On October 26, 2015, the Court granted an emergency motion for use of cash collateral and on November 18, 2015, the Court granted in part and denied in part denied a motion filed by one of the PCW creditors claiming a security interest in PCW assets, International Trade Finance

00001

Corporation and is asserted assignee, Conmercium (collectively, "ITF"). At the hearing on the Motion for Reconsideration, the Court set the date noted above for the final hearing on the cash collateral motion and case status report. PCW and ITF have entered into a stipulation which requests a continued hearing date on both the final cash collateral motion (filed on December 30, 2015, by agreement) and the hearing on the status report. (PCW and Bank of the West ("Bank") have an agreement on the Bank's secured credit line.)

As the Court will recall, PCW is engaged in the business of owning, restoring and renting various vehicles that are used in the entertainment business. In business since 2004 as a corporate entity, it presently has in its inventory over 800 vehicles, and various parts and other equipment used to customize, restore and repair its vehicles, as well as its office furniture and equipment. A list of the vehicles presently owned by PCW is attached as Exhibit A to the Motion for Final Cash Collateral ("Motion"). PCW's vehicles are maintained at its offices and shop located at 8400 Reseda Blvd., Northridge, CA and at three other locations which are rented on a month-to-month basis.

Based on interest expressed in the summer of 2015 and further discussions with interested parties, PCW's principal belives that if sold as an operating business, PCW's business and personal property used in the business has a value of not less than $3,000,000. This figure gives value to the ongoing client relationships and the personal property, much of which is vintage and unique and sought after for use in films and television
///

productions. On a market value basis, the vehicles alone owned by the company have a value of approximately $2,300,000.

The principal of ITF, Matthew Talbert ("Talbert"), in a declaration filed in a state court action commenced prior to the filing of the petition, attested to his belief that the vehicles had a value of in excess of $1,000,000 and asserting that ITF was owed $667,435.

In contrast, the total debt is $2,182,473.70, of which only $100,000 is acknowledged to be secured in favor of Bank of the West ("Bank")(plus two trucks financed by purchase money security interests) and $1,035,074 is unsecured ($428,445 of which is owed to Ted Moser, the principal shareholder of PCW, personally). Even if the disputed ITF claim is allowed, there is equity in the assets and it is over-secured.

**STATUS REPORT**

Except for the Reseda property, PCW has been occupying its business premises under month to month leases, and all post petition rent has been paid. Under the agreement with the Reseda landlord, no rent is owed and PCW is required to vacate that location on or before January 31, 2016.

Since the filing date, PCW has been operating as a debtor in possession, in compliance with the US Trustee Guidelines, has timely filed its operating reports and has been paying its expenses, including rent and payroll, as they come due. It has been operating in compliance with the Operating Budget filed as part of the Interim Motion. Demand for PCW's services has increased and business has improved. PCW has in house new orders ///

for rental and restoration of its vehicles which will generate improved revenues for the first quarter of 2016.

PCW is a cash basis taxpayer. In the past PCW booked money paid for rentals as "deposits" and did not take that money into revenues until all work related to that booking was completed (when the filming was completed or if restoration or modifications were required, for example) and an invoice was sent. This had the effect of causing a "mismatch" between expenses, which were being paid currently, and the revenue from the jobs, skewing the operating results. PCW is reviewing a change in its bookkeeping which will allow debiting against the deposits for work in progress to better reflect the actual monthly results. No change has been instituted as of yet and all financial records presently kept in accordance with its customary historical practice.

No sales of any excess inventory has been made since the filing date. In addition to its other means of advertising sales, PCW is in the process of assessing two proposals for an auction of some of its excess inventory of vehicles. Such sales would be conducted both at the Reseda property and at the other lots where cars are sold and would be both on-line and live auctions. In order to avoid moving costs of conducting the sales at some other location, PCW is negotiating with the landlord at the Reseda property for an extension of time to vacate those premises. No definitive arrangements have been made but are expected to be firmed up by early January.

In addition, PCW is in discussions with landlords at its other locations used for vehicle storage to continue to use those

locations and, in the meantime, is on a month to month basis at those locations.

PCW has made all the payments due on the purchase money loans to Bank on the purchase money loans. The Bank will not accept payments on the credit line due to the automatic stay. Bank has agreed to an extension of the secured credit line with a term of 60 months and an equal amortization of the principal with interest over a 60 month term. PCW will be seeking approval of that agreement in January and that payment will be incorporated in the PCW reorganization plan.

In its Order on the Motion for Reconsideration, the Court directed a few vehicles which Talbert claimed to own personally to be returned to Talbert. Reserving all its rights to contest the ownership of the vehicles and their value, PCW did comply with that Order to the extent it could. Talbert would not release the titles until the vehicles were returned and the exchange finally occurred on November 21, 2015. (Talbert was out of town and could not, he said, release the titles until he personally reviewed the files.) One of the vehicles listed by Talbert had been sold while in possession of PCW (and while PCW believed it had title to the car pursuant to an agreement with Talbert) and another was unavailable to be returned as it was out of state being used in a production.

Since the titles were not delivered until November 21, 2015, that delay caused a further delay in planning for a liquidation of excess vehicles. (PCW was unable to tell prospective buyers it could deliver the vehicles until it had the titles, and by then the holiday season intervened.)

After the vehicles were returned, Talbert contended that they were not in the appropriate condition, which PCW disputes. (Although ITF and Talbert dispute whether PCW fully complied with the Court's Order, PCW contends that issue was part of the turnover portion of the Court's Order and is not the subject of a proper cash collateral dispute.)

PCW has now audited the titles files returned and is beginning to select vehicles for sale in the proposed auctions and by other means. PCW has been offering its spare parts for sale and has conducted those sales from its showroom/office on Saturdays. While a few items were sold, these sales have not generated much traffic or revenue.

In the meantime, Talbert continues to insist he is entitled to retain the Cadillac Eldorado, owned by Dale Moser, father of Moser, despite the fact that this vehicle was purchased by Dale Moser and which was not on any list of collateral pledged to Talbert or any of his affiliates. Talbert also has possession of other vehicles owned personally by Ted Moser.

With the assistance of an accountant employed in this case (whose application to be employed was filed on December 10, 2015), PCW has initiated a reconciliation of the amounts advanced to it by Talbert and his entities and the credits which it contends it is owed. Upon completion of that reconciliation, and if no stipulation can be reached, PCW intends to file an objection to the claims of Talbert and ITF and an adversary proceeding and will seek to consolidate the two matters so it can conduct discovery on a consolidated basis. (This is a necessary

///

00006

part of preparing a plan of reorganization as the debt to ITF is the only significant creditor claiming a secured interest.)

In order to complete that process, PCW needs information from an auction house, I-15 Auctions, where certain vehicles owned by PCW were sold. A portion of the information needed was provided but there was no further response. PCW is about to file a motion for a 2004 examination and hopes to conduct that examination before the end of January.

Dated: December 30, 2015                 /s/ Carolyn A. Dye
                                         Carolyn A. Dye, General Counsel
                                         for Picture Car Warehouse, Inc.,
                                         Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Debtor in Possession's Case Status Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker         kate.bunker@usdoj.gov
Carolyn A Dye            trustee@cadye.com
Penelope Parmes          penelope.parmes@troutmansanders.com
Allan D Sarver           ADSarver@aol.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:** On December 30, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Picture Car Warehouse, Inc.
8400 Reseda Blvd.
Northridge, CA 91324-4624

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on December 30, 2015, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Judge
The Honorable Maureen A. Tighe
21041 Burbank Boulevard
Suite 324
Woodland Hills, CA 91367

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 30, 2015                        _/s/ Shawn Sterrett_
                                                Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                       F 9013-3.1. PROOF OF SERVICE