1  CAROLYN A. DYE (BAR NO. 97527)
   3435 Wilshire Blvd.
2  Suite 990
   Los Angeles, CA 90010
3  Telephone: (213)368-5000
   Facsimile: (213)368-5009

4
   General Counsel for
5  Picture Car Warehouse, Inc.,
   Debtor in Possession

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11

12  In re                          ) Case No. 1:15-bk-13495-MT
                                    )        [Chapter 11]
13  PICTURE CAR WAREHOUSE, INC.,    )
                                    ) DEBTOR'S MOTION FOR 2004
14              Debtor.             ) EXAMINATION OF I-15 AUCTIONS,
                                    ) PERSON MOST KNOWLEDGEABLE AND
15                                  ) FOR PRODUCTION OF DOCUMENTS
                                    ) BY EACH; DECLARATIONS OF TED
16                                  ) D. MOSER AND CAROLYN A. DYE
                                    ) IN SUPPORT
17                                  )
_____     ) [No Hearing Required]
18

19      Picture Car Warehouse, Inc., Chapter 11 Debtor in Possession

20  ("PCW"), in support of its Motion for a 2004 Examination of I-15

21  Auctions, Person Most Knowledgeable, states as follows:

22      1.   The Debtor and Debtor in Possession, Picture Car

23  Warehouse, Inc., filed its Chapter 11 case on October 20, 2015.

24      2.   This Application for a 2004 examination is filed to

25  obtain information concerning certain property of PCW which was

26  sold in auctions conducted by I-15 on March 14, 2015 and April

27  11, 2015.

28  ///

**00001**

3.    PCW is in the business of providing vehicles to the entertainment industry that are used in film, television, commercial and other photographic shoots.

4.    PCW has an inventory of vehicles which are rented to producers and companies for filming.

5.    PCW on or about February 2, 2013, entered into a Loan Agreement with International Trade Finance Corporation ("ITF") and pledged certain of its vehicles as security for the loan.

6.    ITF is controlled by its principal shareholder, Matthew Talbert ("Talbert").

7.    Subsequent to the ITF loan, PCW signed two unsecured promissory notes with Talbert as the lender.

8.    Subsequent to the ITF loan Talbert began to exert control over the Debtor's operations, ostensibly intended to assist in management.

9.    Although PCW initially acquiesced in this control, Talbert's demands increased and were designed to and did favor him over other creditors.

10.    Among other things, and over the objection of PCW's principal, Talbert arranged for an auction of certain vehicles by I-15 Auctions.

11.    Despite the reserves set by Ted Moser, the principal shareholder of PCW,  Talbert approved the sale of vehicles on or about March 14, 2015, well below the reserve prices.

12.    Talbert then took additional vehicles to I-15 for a second auction on or about April 11, 2015. Again, the vehicles were sold at prices well below their fair market value.

///

**00002**

13.  I-15 has provided sales reports from the auctions showing that all the proceeds of the sales were paid to "Talbert" but failed to pay to PCW or account to PCW for the proceeds and failed to identify the purchasers of the vehicles.

14.  I-15 was asked to provide the details of the auction prior to the bankruptcy case being filed but did not do so.

15.  Talbert also failed to advise PCW how the proceeds of the auctions were credited to PCW against the loan obligations, if at all.

16.  After the petition was filed counsel for PCW requested information from I-15. All that was provided was the auction sales reports attached hereto as Exhibit B. Through counsel, PCW asked for additional information, including the fronts and backs of the cancelled checks paid to Talbert but none was provided.

17.  PCW is unable to determine ITF's and Talbert's proper claim amounts without this information.

18.  In addition, PCW requires this information to support any claim it may have against Talbert, personally.

19.  By conducting this 2004 examination, PCW may also obtain information concerning sales of other of its vehicles conducted by I-15 which Talbert either took from the PCW premises or were transferred to him in partial payment of the PCW loans but for which no accounting or credit has been given.

20.  All these are appropiate areas of examination in a Rule 2004 examination.

21.  For all the reasons set forth above, PCW seeks an order authorizing 2004 examinations of I-15 Auctions, through the person most knowledgeable.

22.   This investigation may also reveal undisclosed assets and/or preferential payments and/or fraudulent transfers which could be pursued by PCW.

23.   There is no adversary proceeding pending against Talbert or his affiliates or I-15.  Accordingly, PCW is not in a position to obtain the information or documents in question pursuant to Rules 7030 or 9014 of the Federal Rules of Bankruptcy Procedure. PCW believes that the Court can and should order I-15 to submit to a 2004 examination.

24.   Depending on the results of the 2004 examination, PCW may establish grounds for other litigation, but is reluctant to file such a complaint without further explanation from the identified party.

<u>SCOPE OF EXAMINATION</u>

PCW seeks to examine I-15 concerning vehicles sold in two auctions conducted on March 14, 2015 and April 11, 2015 and any other auctions or sales conducted by I-15 for Talbert relating to PCW vehicles and any ownership relationships between I-15 and Talbert. I-15 also has parts which were delivered to I-15 for sale but which were not sold or included in the auction reports attached as Exhibit B. PCW wishes to obtain copies of auction seller statements, sales receipts, title transfer documents, and evidence of payments from the purchasers and to the party to whom the proceeds from the sales were delivered.  The examination will improve PCW's ability to fix ITF's and Talbert's claim and to determine whether PCW has any other claims against Talbert it should pursue.

///

1      These matters affect the administration of this case and

2  review of the nature of each of these matters is permitted under

3  Rule 2004 of the Federal Rules of Bankruptcy Procedure.  Indeed,

4  this information is vital to the investigation of the secured

5  claim asserted by ITF and the unsecured claims asserted by

6  Talbert, a significant unsecured creditor in this case. Since the

7  requested examinations will shed light generally on these

8  matters, these examinations are appropriate and will be

9  beneficial to PCW.

10     Pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy

11  Procedure, PCW requests authority to compel I-15 to appear for

12  the examination and to produce documents to be inspected,

13  examined and copied at the time and place referred to herein.

14  The documents in question are identified in Exhibit B attached

15  hereto.

16     PCW requests that the Rule 2004(a) examinations take place

17  on date to be agreed upon by PCW and I-15, but in event later

18  than January 26, 2016 at the office of the counsel for the PCW.

19  If I-15 fails to agree to a mutually convenient date, then the

20  examination of that party is requested to take place on January

21  26, 2016.  The examination shall be continued from day to day,

22  excluding weekends and holidays, until completed.  PCW proposes

23  to conduct the examination between the hours of 10:00 a.m. and

24  5:00 p.m. This date is selected since the matters at issues could

25  affect PCW's plan and objections to claims that may need to be

26  filed.

27     PCW requests that the production of documents take place on

28  or before seven days prior to the date agreed upon or, if no

1  agreement, the date set for the examination at the same location

2  and subject to change in the same manner as PCW may change the

3  time and place of the oral examination.  The advance production

4  of documents will facilitate the speed of the examination.

5  PCW'S REQUEST IS WELL WITHIN

6  THE ACCEPTED SCOPE OF RULE 2004

7  Rule 2004(a) of the Federal Rules of Bankruptcy Procedure

8  provides that the Court may order the examination of the Debtor

9  or any entity on motion of any party-in-interest.  The purpose of

10  Rule 2004 examination is to gain a clear picture of the condition

11  and whereabouts of the Bankruptcy Estate.  Keene Corp. v. Johns-

12  Manville Corp. (In re Johns-Manville Corp.), 42 B.R. 362, 364

13  (S.D.N.Y. N.Y. 1984); See also, In re Financial Corporation of

14  America, 114 B.R. 728, 733 (Bankr. C.D. Cal. 1990); In re

15  Palmquist, 1195 U. S. Dist. LEXIS 9464 (D.Wash.1995) ("The scope

16  of Rule 2004 is broad, and an examination pursuant to this rule

17  may extend to third parties who have had dealings with the

18  Debtor.")  The courts have uniformly recognized that the scope of

19  the Rule 2004 examination is "unfettered and broad" and have

20  generally characterized an examination of this type as a "fishing

21  expedition."  In re Table Top, Inc., 51 B.R. 143, 145 (Bankr. D.

22  Mass. 1985).  A Rule 2004 examination may thus "cut a broad swath

23  through the debtor's affairs".  Johns-Manville Corp., 42 B.R. at

24  364, citing, In re Mantolesky, 14 B.R. 973, 976 (Bankr. D. Mass.

25  1981).

26  The examination PCW seeks to conduct in this case is well

27  within these parameters in that PCW is seeking information and

28  records about the sale of PCW's property, the nature and affairs

1  and the extent to claims which are asserted by creditors, ITF

2  and Talbert, and amounts which should have been credited against

3  the ITF and Talbert claims. There can be no serious question

4  about the propriety of the examination at issue.

5  INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 2004-1

6  (a)   Local Bankruptcy Rule 2004-1 requires that this

7  Application state the place of employment of a party whose

8  examination is requested. In this instance, the "person" to be

9  examined is a business, through its person most knowledgeable.

10  (b)   The information presently available to PCW for I-15's

11  place of business is:

12  Party                              Address

13  I-15 Auctions                      14364 7th Street
                                       Victorville, CA 92395

14

15  ──────────────────────────────────────────────────────────

16  PCW has conducted an entity search and believes that I-15 is

17  a name used by Standing Bar G Production, Inc., a corporation.

18  PCW sent an email of this Motion to the person with whom its

19  counsel has spoken, Johan Graham. After receiving the auction

20  reports attached as Exhibit A, counsel for PCW spoke to Earl

21  Graham, who as the person Johan Graham referred the matter to.

22  Although Mr. Graham promised to look into the matter, he did not

23  respond. A follow up email was sent on December 28, 2015. A copy

24  of this motion has now been sent to Mr. Graham by email and by

25  mail to Earl Graham, who is believed to be  the registered agent

26  for Standing Bar G Production, Inc.

27  (c)   At the present time, PCW has no contact information for

28  any counsel of record for I-15.

///

**00007**

1     WHEREFORE, PCW hereby requests that it be authorized to

2   conduct the 2004 examination specified herein and compelling

3   production of the documents specified in Exhibit B, permitting

4   PCW to investigate the allegations set forth herein and for such

5   further relief as is just and proper.

6

7                              Respectfully submitted

8                              LAW OFFICE OF CAROLYN A. DYE

9

10  Dated: January 4, 2016        By: _____

11                                   Carolyn A. Dye, Attorney
                                     for Debtor-in-Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF TED D. MOSER**

I, Ted D. Moser, declare:

1. I am Ted D. Moser. If called upon as a witness, I could and would testify competently to the matters set forth herein.

2. I am the President and 98% shareholder of Picture Car Warehouse, a California corporation ("PCW").

3. PCW is in the business of providing vehicles to the entertainment industry that are used in film, television, commercial and other photographic shoots.

4. PCW has an inventory of vehicles which are rented to producers and companies for filming.

5. PCW on or about February 2, 2013, entered into a Loan Agreement with International Trade Finance Corporation ("ITF") and pledged certain of its vehicles as security for the loan.

6. ITF is controlled by its principal shareholder, Matthew Talbert ("Talbert").

7. Subsequent to the ITF loan, PCW signed two unsecured promissory notes with Talbert as the lender.

8. Subsequent to the ITF loan Talbert began to exert control over the Debtor's operations, ostensibly intended to assist in management.

9. Although PCW initially acquiesced in this control, Talbert's demands increased and were designed to and did favor him over other creditors.

10. Among other things, and over the objection of PCW's principal, Talbert arranged for an auction of certain vehicles by I-15 Auctions.

11.   Despite the reserves I set, Talbert approved the sale of vehicles on or about March 14, 2015, well below the reserve prices.

12.   Talbert then took additional vehicles to I-15 for a second auction on or about April 11, 2015. Again, the vehicles were sold at prices well below their fair market value.

13.   Based on inforamtion provided by I-15 to my counsel, I believe that Talbert retained all the proceeds for each of these auctions. I can say unequivocally that PCW never received any of the proceeds and that Talbert failed to account to PCW for the proceeds and failed to identify the purchasers.

14.   I-15 was asked to provide the details of the auction prior to the bankruptcy case being filed but did not do so.

15.   Talbert also failed to advise PCW how the proceeds of the auctions were credited to PCW against the loan obligations.

16.   After the petition was filed, counsel for PCW requested information from I-15. Except for the auction reports, it was promised but not provided. I-15 still has parts of PCW which were not listed in the auction reports. Although we requested they be made available for pickup, we never received any confirmation that my employees could pick them up.

17.   PCW is unable to determine ITF's or Talbert's proper claim amount without this information.

18.   In addition, PCW requires this information to support any claim it may have against Talbert.

19.   By conducting this 2004 examination, PCW may also obtain information concerning sales of other of its vehicles conducted by I-15 which Talbert either took from the PCW premises

1 | or were transferred to him in partial payment of the PCW loans

2 | but for which no accounting or credit has been given.

3 | 20. I have asked my counsel to examine I-15 so that (i) we

4 | can obtain the records sought in the Motion; and (ii) to obtain

5 | evidence concerning Talbert's instructions to PCW, if any.

6 | 21. Specifically, until I have this information I am unable

7 | to verify what credits PCW should have received against the ITF

8 | and Talbert loans.

9 | I declare under penalty of perjury that the statements

10 | herein are true and correct.

11 | Executed this 4th day of January 2016, at Los Angeles,

12 | California.

13 |

14 | /s/ Ted D. Moser

15 | Ted D. Moser

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

00011

**DECLARATION OF CAROLYN A. DYE**

I, Carolyn A. Dye, hereby declare as follows:

1.   I am an attorney licensed to practice law in the State of California and before this court. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto. I have reviewed the Motion and the facts stated therein are accurate.

2.   On behalf of PCW, I filed the documents required to initiate a Chapter 11 case on October 20, 2015 for PCW.

3.   The factual matters set forth herein are either based on my personal knowledge, my review of public records, or gained from my review of documents obtained from PCW.

4.   On November 5, 2015, I sent a letter to Johan Graham, a true and correct copy of which is attached hereto as Exhibit C. The letter was preceded by two telephone messages that went unanswered. Later, Ms. Graham called me and she acknowledged receipt of the letter and stated she would provide the requested information as soon as she could. To date all she provided were the auction reports attached as Exhibit B. When I asked for the fronts and backs of checks paid to Talbert, she referred me to Earl Graham, saying in an email that this was above her "pay grade." I did finally speak to Mr. Graham. He listed to my concerns about the auctions and the records I was seeking and said he would get back to me. I also requested the return of the parts not sold and a container that was used to bring the parts to his premises. He said he would check on this but so far I have not had any response. On December 28, 2015, I sent him a further

///

**00012**

1  email, copy of which is attached as Exhibit D. I have had no

2  response.

3      5.   Based on what I have learned from my client, I believe

4  there is cause to require the production of the documents

5  referenced in Exhibit A.

6      6.   I need to have an opportunity to examine in depth the

7  questions raised by the transactions between I-15 and Talbert and

8  need the testimony of the person most knowledgeable of I-15.

9      7.   In an effort to ascertain the legal entity status of I-

10  15 Auctions, I researched that name on the California Secretary

11  of State's website. I believe this is a name used by Standing Bar

12  G Productions, Inc. Earl Graham is listed as the registered agent

13  with an address of 9233 Deep Creek Road, Apple Valley, CA 92308.

14  I have served a copy of this Motion on him by U.S. Mail and to

15  the email I was given by Johan Graham.

16      8.   I do not have any contact information for counsel for

17  I-15.

18      9.   As a preliminary measure, I sent a copy of this Motion

19  to I-15, to Ms. Graham's email address, inviting its cooperation.

20  I sent a second copy to Mr. Graham in my email to him. Except for

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  the auction reports, no documents were produced making the filing

2  of this Motion necessary.

3       I declare under penalty of perjury under the laws of the

4  State of California and the United States of America that the

5  foregoing is true and correct.

6       Executed this 30th day of December, 2015, Los Angeles,

7  California.

Carolyn A. Dye

**00014**

**EXHIBIT A**

DOCUMENTS TO BE PRODUCED; TERMS OF PRODUCTION

PCW seeks authority to compel the production of documents according to the following:

A.    Definitions.

1.    The term "PCW" means Picture Car Warehouse, Inc., the Debtor and Debtor in Possession, in that certain Chapter 11 Bankruptcy, Case No. 1:15-bk-13495-MT, filed in the United States Bankruptcy Court for the Central District of California.

2.    The term "Petition Date" means October 20, 2015.

3.    The term "TALBERT" means Matthew Talbert, and anyone acting on his behalf, including any employee, associate, attorney, accountant, representative or agent of Talbert.

4.    The term "VEHICLES" means any and all cars, trucks or other motor driven vehicles which was delivered, transferred or made available to YOU which TALBERT directed you to include in an auction or other sale by YOU.

5.    The term "YOU" or "YOUR" means the person of whom documents are requested.

6.    The term "ANYONE ACTING ON YOUR BEHALF" includes, but is not limited to, your representatives, agents, attorneys, members or investigators, custodian of records, whether hired or appointed by you, your attorneys or representatives.

7.    The term "PERSON" means any individual, partnership, firm, association, joint venture, corporation, estate, trust, receiver, any group or combination acting as a unit or any other business, governmental or legal entity.

8.    The term "DOCUMENT" means including any medium upon which intelligence or information can be recorded,

**00016**

maintained or retrieved.  This specifically includes computer

files and e-mail.  This also includes, without limitation, all

originals and copies, regardless of the origin and location and

however produced or reproduced, of any writing of any type or

description, that is within your possession, custody or control,

or to which you have or had access, or of which you have

knowledge or of which you have a right or privilege to examine

upon request or a demand.  The term "document" specifically

includes any and all writings and recordings as those terms are

used in Rule 1001 of the Federal Rules of Evidence and includes

the original and any non-identical copy of a writing (whether

distinguishable from the original because of notes made on the

copy or not).

9.    The term "COMMUNICATION" means and includes any

oral or written expression, statement or utterance of any nature,

and made by or to anyone, including without limitation,

correspondence, conversations, agreements or other understandings

between or among two (2) or more persons.

10.    The term "RELATE TO" or "PERTAIN TO" and

"PERTAINING TO" as used herein shall mean mentioning, discussing,

including, summarizing, describing, reflecting, containing,

referring to, relating to, depicting, connected with, embodying,

evidencing, constituting, concerning, reporting, purporting or

involving an act, occurrence, event, transaction, fact, thing, or

course of dealing.

11.    The terms "and" and "or" shall be construed either

disjunctively or conjunctively or both, as necessary to give any

request for production the broadest possible meaning and to bring

1    within the scope of such request any responses that might

2    otherwise be construed to be outside its scope.

3         12.   The word "or" appearing in any of the categories

4    for which the production of documents is requested shall not be

5    read so as to eliminate any part of the request for production,

6    but whenever applicable it shall have and include the same

7    meaning as the word "and".  For example, a request for a

8    production stating "support or refer" should also read as

9    "support and refer."

10        13.   The singular form of a word shall be interpreted

11   to include plural and the plural shall be interpreted to include

12   the singular, each should give the word or words the broadest

13   possible meaning.

14        14.   The masculine, feminine and neutral gender of any

15   word each shall be construed to include the others.

16   B.    Instructions.

17        1.    Manner of Production.

18             The documents to be produced shall be organized

19   and labeled to correspond with the categories below or they shall

20   be produced as they are kept in the usual course of business.

21   Unless otherwise stated, the requests shall cover the period

22   beginning with the first communication YOU received from TALBERT

23   concerning any proposed sale of VEHICLES by YOU in an auction and

24   continue through the date of YOUR 2004 examination.

25        2.    Privileged Documents.

26             If you contend any document which would otherwise

27   have been responsive to one or more categories of documents below

28   may be withheld on grounds of privilege, or any other basis, then

**00018**

each such document shall be fully identified in writing, as
follows:

       (a)  the date of the document;

       (b)  the author of the document or the person who
participated in the communication;

       (c)  the addressee of the document;

       (d)  the title of the document;

       (e)  the number of pages in the document;

       (f)  a statement of the reason the documents have
been withheld; and

       (g)  the substance of the communication or
document, given in sufficient detail to support the claim of
privilege.

1

**EXHIBIT 1**

2

<u>DOCUMENTS TO BE PRODUCED BY I-15</u>.

3 <u>REQUEST NO. 1</u>

4    Any and all agreements, contracts or other COMMUNICATION
5 between YOU and TALBERT since January 1, 2013, including any such
6 DOCUMENTS TALBERT signed on behalf of or purporting to act for
7 PCW.

8 <u>REQUEST NO. 2</u>

9    Any and all Auction Settlement Statements or other
10 statements or summary provided to TALBERT RELATING TO and/or
11 PERTAINING TO all VEHICLES sold by YOU through advertised
12 auction, private sale or any other method of sale since January
13 1, 2013.

14 <u>REQUEST NO. 3</u>

15    Any and all DOCUMENTS RELATING TO or reflecting any
16 ownership interest provided to YOU in connection with VEHICLES
17 sold at auction on March 14, 2015, including any bill of sale or
18 title transfer forms.

19 <u>REQUEST NO. 4</u>

20    Any and all DOCUMENTS reflecting any agreement or
21 representation that any PERSON other than PCW owned the VEHICLES
22 or claimed an ownership interest in the VEHICLES, including
23 without limitation any memoranda or writings between YOU and
24 TALBERT.

25 <u>REQUEST NO. 5</u>

26    Any and all DOCUMENTS RELATING TO price obtained for the
27 VEHICLES at the auctions held on March 14, 2015.

28 ///

1  REQUEST NO. 6

2      Any and all DOCUMENTS RELATING TO the payment by YOU to

3  anyone of proceeds from the sale of VEHICLES, including without

4  limitation, TALBERT.

5  REQUEST NO. 7

6      Any and all DOCUMENTS RELATING TO the identity of the

7  purchaser of the VEHICLES sold by YOU on the auction held on

8  March 14, 2015.

9  REQUEST NO. 8

10      Any and all DOCUMENTS RELATING TO or reflecting any minimum

11  price or reserve placed on the VEHICLES, sold at Auction on March

12  14, 2015, including without limitation, any direction given to

13  YOU to sell at a price other than a minimum or reserve amount.

14  REQUEST NO. 9

15      Any and all DOCUMENTS RELATING TO or reflecting any

16  ownership interest provided to YOU in connection with VEHICLES

17  sold at auction on April 11, 2015, including any bill of sale or

18  title transfer forms.

19  REQUEST NO. 10

20      Any and all DOCUMENTS reflecting any agreement that any

21  PERSON other than PCW owned the VEHICLES or claimed an ownership

22  interest in the VEHICLES, including without limitation any

23  memoranda or writings between YOU and TALBERT.

24  REQUEST NO. 11

25      Any and all DOCUMENTS RELATING TO price obtained for the

26  VEHICLES sold at the auction held on April 11, 2015.

27  ///

28  ///

1  REQUEST NO. 12

2      Any and all DOCUMENTS RELATING TO the payment by YOU to

3  anyone of proceeds from the sale of VEHICLES, including without

4  limitation, TALBERT.

5  REQUEST NO. 13

6      Any and all documents RELATING TO the identity of the

7  purchaser of the VEHICLES sold by YOU on the auction held on

8  April 11, 2015.

9  REQUEST NO. 14

10     Any and all DOCUMENTS RELATING TO or reflecting any minimum

11  price or reserve placed on the VEHICLES, sold at Auction on April

12  11, 2015, including without limitation, any direction given to

13  YOU to sell at a price other than a minimum or reserve amount.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

## Seller Settlement



I15 Auctions
14364 7th Street
Victorville, CA 92395
Phone: (844) 824-3669

### Seller Information

| | |
|---|---|
| Seller Name: | Talbert, Matt |
| Seller Number: | 97 |
| Company: | Picture Car Warehouse |
| Location: | |
| Phone: | |

### Auction Information

| | |
|---|---|
| Auction: | Picture Care Warehouse Liquidation Auction |
| Date: | 03/14/2015 11:00 |
| Location: | 14364 7th Street Victorville, Ca 92395 |

Lots

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 10 | 22" RSW 66 Chrome Wheels and Tires!!! All one Money - 22" Chrome RSW 66 Wheels with tires mounted. Full Set of 3 tires are Falken 305-40-R22- 2 tires have 90% tread, 1 tire has 60% tread 1 tire Nexen 305-40-R22- 60% tread wheels in great condition, no curb rash or cracks, all center caps are present. Bolt pattern-5x115/5x120 22x9.5JJ | 518 | 1.0 | $250.00 | $250.00 | ($45.00) | $205.00 |
| 11 | 20" Velocity Chrome/Black wheels and tires!!! All one Money - 20" Velocity Chrome wheels that have been painted black with tires mounted. Full Set of 4 4 tires- Sunny 255-35-ZR20- 70% tread left on all tires Wheels in good condition, no curb rash or cracks, black paint is peeling off on all wheels, all center caps present. 20x8.5JJ Bolt pattern- 6x?/6x? | 518 | 1.0 | $100.00 | $100.00 | ($18.00) | $82.00 |
| 12 | 1 GM Alloy Wheel with tire!!! All one Money - Factory GM Alloy wheel with tire mounted. 1 wheel/1 tire Goodyear 265-70-R17- 90% tread Wheel has been painted black, has some minor curb rash, no cracks 17x7J Bolt pattern- 6x? | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 13 | 2 BF Goodrich Tires!!! All one Money - 2 BF Goodrich G-Force Tires 285-35-ZR19 50% tread- looks to have minor un-even wear. | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 14 | 2 Nexen tires!!! All one Money - 2 Nexen N5000 tires- 225-40-R18 55% tread- looks to have minor un-even wear. | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 15 | 2 Welded Stands made from rims!!! All one Money - 2 stands- 3 rims welded on each stand. sold and heavy duty 27 1/2" tall x 15" wide Perfect to hold table top or work bench, great for your garage or patio. | 772 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| 16 | 4 Gloss Black Steel Wheels!!! All one Money - 4 Gloss Black Steel Wheels- no tires Some curb rash on wheels, 1 wheel has minor bend at lip, no cracks. 16x7 Bolt Pattern- 5x? | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 17 | 4 Eagle Alloy Wheels!!! All one Money - 4 Eagle Alloy Wheels- no tires Some curb rash, no cracks. Has center caps(2 opened caps, 2 closed caps) 15x8 Bolt Pattern- 5x? | 772 | 1.0 | $6.00 | $6.00 | ($1.08) | $4.92 |
| 18 | 4 Bullet Style Alloy Wheels!!! All one Money - 4 Alloy Wheels- no tires Some curb rash, 1 wheel has minor bend at lip, no cracks, no center caps 15x8 Bolt Pattern- 5x? | 772 | 1.0 | $30.00 | $30.00 | ($5.40) | $24.60 |
| 19 | 2 Alloy Wheels!!! All one Money - 2 Black with polished lip alloy wheels- no tires Some curb rash, no cracks, no center caps 18x8.5. Bolt Pattern- 5x?/5x? | 772 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |

00024

| # | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 82 | Corvette Fiber Glass Hood - Dents and scratches *Year and Model unknown | 295 | 1.0 | $35.00 | $35.00 | ($6.30) | $28.70 |
| 83 | 2008 Ford Mustang Hood - Dents and scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 84 | 2000 Mercedes Benz s500 Hood - Dents and scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 85 | Pontiac Fiber Glass Hood - Dents and scratches *Model and Year Unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 86 | Fiber Glass Race Hood w/ Scoop - Dents and scratches *Make and Model unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 87 | 72 Nova Fiber Glass Hood - Dents and scratches Fiber Glass broken *Needs repair | 700 | 1.0 | $95.00 | $95.00 | ($17.10) | $77.90 |
| 88 | Ford Mustang Hood - Dents and scratches Early 2000s *Exact year unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 89 | 2000 Lincoln Navigator Fiber Glass Hood - Dents and scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 90 | Chevrolet Truck Grill - Possibly 70s-80s Crack in Aluminum *Model Unknown | 506 | 1.0 | $70.00 | $70.00 | ($12.60) | $57.40 |
| 91 | Chrysler 300 Grill - *Year Unknown | 772 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 92 | Chevy Chevelle Grill - Possibly late 60s early 70s | 772 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 93 | Volvo Grill - *Year unknown | 506 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 94 | 2 Mustang Grills! All One Money!!! - Older and newer Model | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 95 | Dodge Charger Grill - *Year Unknown | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 96 | Metal Grill - Cracked *Year, make and Model unknown | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 97 | BMW Hood - Dents and Scratches *Year and Model unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 98 | Ford Trunk Lid - Dents and scratches *Year and Model unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 100 | Set of Front Fenders!!! All one Money - Year, Make, Model Unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 101 | Ford Tailgate - Early 90's Model Approximately Dings/Scratches | 515 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| 102 | 2 RH Fiberglass Fender!! All one Money - Year, Make, Model Unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 103 | RH Toyota Tacoma Fender - Approximately 90's to Early 00's model Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 104 | RH Plymouth Road-Runner Fender - Year Unknown Dings/Scratches | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 105 | RH Chevrolet Truck Fender - Approximately late 70's to early 80's model Dings/Scratches | 515 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 106 | Set of Front Fenders!!! All one Money - Year, Make, Model Unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 107 | Set of Front Fenders!!! All one Money - Year, Make, Model Unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 108 | RH Fender - Steel. Year,Make,Model unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 109 | LH Chevrolet Bel-Air Fender with Headlight - Fender states its from a 66 Dings/Scratches | 506 | 1.0 | $25.00 | $25.00 | ($4.50) | $20.50 |
| 110 | LH Chevrolet Fender with Headlight - Year,Model unknown Dents/Scratches | 506 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 111 | LH Fiberglass Corvette Fender - Year unknown Dings/Scratches | 515 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 112 | LH Fender - Year,Make,Model unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| | Honda Civic Front Bumper - Model year 96-98 | NOT | | | | | |

| 113 | Civic sedan Good condition some scratches | | | $0.00 | $0.00 | ($0.00) | $0.00 |
|-----|-------------------------------------------|-----|-----|-------|-------|---------|-------|
| 114 | The Hickory Step(RV Double Step) - Has original opened box, looks to have mounting hardware | 836 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| 115 | Ford Grill and Tailgate Emblems!!! All one Money - 1 ford grill plastic, approximate 90's model 2 tailgate ford emblems both different sizes | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 116 | 3 Passenger Honda Civic Doors!!! 3 Times the Money - All doors have mirror housing and lens, door glass with regulator 1 door inside panel. Dents/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 117 | Fiberglass Hood (SEBON) - Year,Make,Model unknown Does have damage and will need repair | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 118 | Steel Hood with Scoop - Looks to possibly go on a Plymouth Roadrunner Year,Make,Model unknown | 506 | 1.0 | $30.00 | $30.00 | ($5.40) | $24.60 |
| 119 | Steel Hood - Looks to possibly fit Hyundai late 90's to early 00's Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 120 | Pontiac GTO Hood with Scoop - Year 65-67 Dings/Scratches | 807 | 1.0 | $25.00 | $25.00 | ($4.50) | $20.50 |
| 121 | Fiberglass Hood with Scoop - Year,Make,Model unknown Dings/Scratches | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 122 | Jeep Hood - Looks to fit Cherokee 90's model Dings/Scratches Steel | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 123 | New Pontiac GTO Hood - Year 65-67, New Unfinished | 506 | 1.0 | $85.00 | $85.00 | ($15.30) | $69.70 |
| 124 | Steel Hood with Cut Out - Year,Make,Model unknown Dents/Scratches/Rust | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 125 | Fiberglass Corvette Hood - Looks to be from late 80's to early 90' model Dings/Scratches | 515 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 126 | Steel Dodge Hood - Year,Model unknown Dents/Scratches | 506 | 1.0 | $15.00 | $15.00 | ($2.70) | $12.30 |
| 127 | Steel Hood - Year,Make,Model unknown Dents/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 128 | Pontiac GTO Hood with Scoop - Year 65-67 Dents/Scratches | 515 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 129 | Lightweight Steel Hood - Looks to be from Expedition, unsure of year Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 130 | Fiberglass Hood with Scoop - Year,Make,Model unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 131 | Steel Hood - Looks to be early late 90' to early 00's. Make,Model unknown Dents/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 132 | 67 Mustang Hood - Steel Dings/Scratches | 506 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| 133 | Steel Hood - Heavy Duty, Year,Make,Model unknown Dents/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 134 | Steel Hood - Year,Make,Model unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 135 | Steel Hood - Year,Make,Model unknown Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 136 | BMW Hood - Looks to be late 90's to early 00's model. Dings/Scratches | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 137 | Plymouth Hood - Steel Hood, looks to be mid 60's model Dents/Scratches | 515 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 138 | Lot of GM Lights!!! All one Money - Silverado/Sierra/Tahoe Lights in new condition, some not even opened. | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 139 | Lot of Ford Lights!!! All one Money - Ranger/Bronco lights, new condition | 788 | 1.0 | $21.00 | $21.00 | ($3.78) | $17.22 |
| 140 | Set of Ford Mustang Taillights!!! All one Money - Year 87-93, some light scratches | 506 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |

| 141 | Set of Pontiac Trans Am Taillights!!! All one Money - Year shows 1970 written on lights 1 is cracked, some imperfections | 515 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
|---|---|---|---|---|---|---|---|
| 142 | Set of Ford LTD Wagon Taillights!!! All one Money - Year 68 1 is broken, some imperfections | 506 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 143 | Set of Chevrolet Camero Taillights!!! All one Money - Model number shows lights fit 1970-73 model 1 is broken, some imperfections | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 144 | Set of Chevrolet Impala Taillights!!! All one Money - Model number shows it should fit a 1967 Impala 1 is cracked, some imperfections | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 145 | Set of GM Headlights!!! All one Money - Model number shows to fit 1997 GMC Yukon/Tahoe/Suburban In good condition | 506 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 146 | Set of Oldsmobile Delta Taillights!!! All one Money - Model number shows to fit 88 Delta lights need restoration | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 147 | Set of Pontiac Taillights!!! All one Money - Model number show it will fit a 1960 Pontiac Lights need restoration | 506 | 1.0 | $65.00 | $65.00 | ($11.70) | $53.30 |
| 148 | Lot of Miscellaneous Headlights and Taillights!!! All one Money - Mixture of different headlights and taillights Some in good condition and some need repair | 836 | 1.0 | $35.00 | $35.00 | ($6.30) | $28.70 |
| 149 | Toyota Yaris Engine/Transmission!!! - States that it came off a 2009 Toyota Yaris, was told it was running, looks like a good engine and transmission, no visible leaking... | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 150 | Chevrolet Chevelle Fuel Tank - States tank fits a 1964-67 on tag. Brand New, never used | 506 | 1.0 | $80.00 | $80.00 | ($14.40) | $65.60 |
| 151 | Lot of Trim Pieces!!! All one Money - Approximate 150 trim pieces, for many different makes and models!!! | 772 | 1.0 | $5.00 | $5.00 | ($0.90) | $4.10 |
| 152 | Lot of Airbags!!! All one Money - Pontiac, Chrysler, Ford, Lincoln. Year and Model Unknown | 836 | 1.0 | $90.00 | $90.00 | ($16.20) | $73.80 |
| 153 | Lot of Headlight Trim Pieces!!! All one Money - Approximate 50 pieces, different makes and models!!! | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 154 | Lot of Hood Hinges!!! All one Money - 4 Sets of Hinges with 1 hood release bar! | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 155 | Lot of Window Glass and Regulators!!! All one Money - Approximate 10 window glass with 5 regulators!!! Different makes and models | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 156 | Lot of Radiator/Washer Bottles and Hoses!!! All one Money - make and models unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 157 | 2 Chrome Wheels!!! All one Money - 15x8 5 lug | 502 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 158 | Lot of Engine Parts and Components!!! All one Money - Oil pans, valve covers, air filter housings, timing cover | 502 | 1.0 | $40.00 | $40.00 | ($7.20) | $32.80 |
| 159 | Lot of Suspension/Axle Parts!!! All one Money - Springs, sway bar, differential, drive shaft, wheel hubs and more!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 160 | Lot of Engine/Transmission Splash Shields!!! All one Money - Different sizes and styles!!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 161 | LH Steel Fender Liner for 66-67 Chevelle/El Camino - Brand New | 840 | 1.0 | $15.00 | $15.00 | ($2.70) | $12.30 |
| 162 | Lot of Internal Engine Parts!!! All one Money - Rocker Arms, Rods, New Spring Kit!!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 163 | Lot of Transmission/Shifter Parts!!! All one Money - 2 shifters 1 gas pedal 1 Emergency Brake Pedal | 506 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| | Lot of External Engine Parts!!! All one Money - 3 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 164 | Fans 2 water pumps 1 power steering pump 2 1 harmonic balancer | 506 | 2.0 | $30.00 | $30.00 | ($5.40) | $24.60 |
| 165 | Lot of Electrical Parts and Harness!!! All one Money - alternator, starter, electrical motor parts!!! | 515 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 166 | Lot of Cables!!! All one Money - looks to be throttle, speedometer cable, etc!!! | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 167 | Lot of Miscellaneous Bolts/Brackets/Parts!!! All one Money - Switches, bolts, brackets, and more!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 168 | Lot of Interior Parts/Pieces!!! All one Money - Trim pieces, cigarette lighters, visors, rear view mirrors.. | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 169 | Lot of Steering Wheels/Parts!!! All one Money - 2 steering wheels with parts!!! | 506 | 1.0 | $40.00 | $40.00 | ($7.20) | $32.80 |
| 170 | Lot of Struts/Springs!!! All one Money - 10 struts 2 springs for 67 chevelle | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 171 | Mercedes Top Engine Cover - Year/Model unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 172 | Dodge Challenger Trim Pieces with Emblems!!! All one Money - Trim pieces with R/T emblems and charger and challenger emblems | 506 | 1.0 | $110.00 | $110.00 | ($19.80) | $90.20 |
| 173 | Lot of Miscellaneous Seatbelts!!! All one Money - Year, Make, Model unknown | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 174 | Lot of Ford Parts!!! All one Money - 2 Grills 1 rear grill piece trim pieces | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 175 | 4 Stands!!! All one Money | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 177 | 40" Bending Brake Tool - Harbor Freight | 506 | 1.0 | $25.00 | $25.00 | ($4.50) | $20.50 |
| 178 | 3 Grills!!! All one Money - 1 Broken Year,Make,Model unknown | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 179 | 3 Gear Lift Stands!!! All one Money - Looks New never used | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 180 | Lot of Trim Pieces!!! All one Money - Approximately 100 pieces | 515 | 1.0 | $15.00 | $15.00 | ($2.70) | $12.30 |
| 181 | Lot of Dash Components!!! All one Money - Internal dash vent system Dash Topper Piece Year, Make, Model unknown | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 182 | Lot of Wall Trim Pieces!!! All one Money - New never used!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 183 | 1975 Dodge RamCharger Wood Valance!!! - New never opened | 506 | 1.0 | $10.00 | $10.00 | ($1.80) | $8.20 |
| 184 | Front Bumper Valance - Year, Make,Model unknown | 502 | 1.0 | $20.00 | $20.00 | ($3.60) | $16.40 |
| 185 | Lot of Vinyl Tile Pieces!!! All one Money - Approximately 40 pieces | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 500 | Keep checking back as we are adding more parts daily!!! | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |

Total Lots: 113

| | | Total: | $1,762.00 | $317.16 |
|---|---|---|---|---|

**Payments**

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 04/20/2015 02:20PM | CHECK | Check #: 1537 Payable To: Matt Talbert | $1,434.04 |

Total Payments: 1  | Total: | $1,434.04 |

| Summary | |
|---|---|
| Auction Gross | $1,762.00 |
| Commissions | ($317.16) |

00028

| Expenses | ($0.00) |
|---|---|
| Credits | $0.00 |
| Auction Net | $1,444.84 |
| Total Paid | $1,434.04 |
| Balance Due | $10.80 |

# Seller Settlement



I15 Auctions
14364 7th Street
Victorville, CA 92395
Phone: (844) 824-3669

| Seller Information | | Auction Information | |
|---|---|---|---|
| Seller Name: | Talbert , Matt | Auction: | Picture Care Warehouse Liquidation Auction |
| Seller Number: | 98 | Date: | 03/14/2015 11:00 |
| Company: | Picture Car Warehouse Cars | Location: | 14364 7th Street |
| Location: | | | Victorville, Ca 92395 |
| Phone: | | | |

Lots

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 20 | 1964 Buick Riviera - 1964 Buick Riviera original 401 runs strong used in the upcoming television show, Aquarius starring David Duchovny" which premiers on nbc may 28th. This Riviee is ready to cruise body is California solid and interior is very nice Unit is complete, starts/runs/drives, leather interior, looks to have original motor, interior/exterior damages, minor surface rust, great project car for restoration!!! Dmv Fees $ 655.00 Make: Buick Model: Riviera Year: 1964 VIN: 7J1055257 Mileage: 17,438 ??? Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Emissions: No Smog Required | 819 | 1.0 | $5,500.00 | $5,500.00 | ($495.00) | $4,965.01 |
| 24 | 1968 Ford LTD Station Wagon - 1968 Ford country Squire vehicle was just repainted and completed for the upcoming tv show Aquarius starring David Duchovny" which premieres on NBC in May. These classic are becoming more popular and the nine passengers are great for hauling the big load to the beach! Came equipment with a big 390 v8 and cruise at speed with plenty of power! Dont let this one get away! Starts/Runs/Drives, in good shape for a 68 model, some interior/exterior damages, great project car for restoration, no smog required!!! Dmv Fees $ Unknown Make: Ford Model: 240 Year: 1968 VIN: 8W76Y109785 Mileage: 24,746 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 30 | 1969 Chevy Chevelle Wagon 10% BUYERS PREMIUM ONLINE - 1969 Chevy Chevelle Wagon. Unbelievably cool ride. Just finished total refurb with 350cid strong running motor with aluminum intake, Automatic Transmission / Brand new paint and interior / All new chrome. Lowered. New shocks with 20 wheels. This wagon drives and rides as good as it looks. If you want to turn heads, this is the ride for you. VIN 136369Z340815 | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| | 1962 Dodge Dart 440 - 1962 Dodge Dart any one with Mopar knowledge with know what to do with this beauty. This 2 door post is offered from the owners private collection! Max wedge clone is what this is meant to be. These were the fastest vehicles on the strip in the sixties and put the fear of God in Fords and Chevy's. The body and floor are | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | in great shape. Pop a big block in it and youre ready to hit the stripe or cruise the hot rod power tour! Starts/Runs/Drives, leather interior, AM/FM radio, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $ 120.00 Make: Dodge Model: Dart Year: 1962 VIN: 53-25112493 Mileage: 57,002 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 819 | 1.0 | $3,900.00 | $3,900.00 | ($351.00) | $3,509.01 |
| 33 | 1968 Ford Galaxie 500 Convertible - 1968 Ford Galaxie. Unbelievable, 1-owner, 2 Door Convertible / Light blue exterior with white top and blue interior / 390 V8 with automatic transmission / Power steering, brakes and top / Brand new paint, interior and chrome. Original jack and spare tire. 39,000 miles on odo. Runs and drives like new. VIN 8W57Y224546 | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 35 | 1967 Chevy Impala - 1967 Chevy Impala. Rebuilt engine with automatic transmission. New paint and interior. All new chrome. Looks and runs great. VIN 164478L167847 | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 36 | 1965 Jeep Wagoneer - 1965 Jeep Wagoneer This is a solid Colorado 4x4 that has been parked for many years. Body and floors are in great shape and the v-8 engine runs great. Purchased it to use on the hit show Mad Men They dont build them like this anymore. Ready to 4by? Starts/Runs/Drives, leather interior, AM/FM radio, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $ 205.00 Make: Jeep Model: Wagonner / Cherokee Year: 1965 VIN: 141450439 Mileage: 20,084 Mileage Exempt: Yes Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 37 | 1967 Mercury Parklane**Convertible**Salvaged Title** - 1967 mercury Park lane Picture car warehouse purchased this vehicle in northern California and rebuilt the 390 in it. The patina on this Mercury is fantastic but would look great with a new paint job also. Car is in great mechanical shape and its up to you to figure out the paint and upholstery. Starts/Runs/Drives, leather interior, AM/FM radio, interior/exterior damages, has some rust, convertible top not working/damaged great project car for restoration!!! Dmv Fees $ Unknown Make: Mercury Model: Park Lane Year: 1967 VIN: 7Z65Q532539 Mileage: 38,039 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Sedan Convertible Emissions: No Smog Required | 524 | 1.0 | $1,800.00 | $1,800.00 | ($162.00) | $1,598.01 |
| 39 | 1959 Ford F-100 Pick-Up - 1959 Ford f-100 pu The patina on this truck is fantastic whether taking it to the beach car show or the ranch this Ford turns lots of heads. It runs and drives great and there will be no disappointments when you drive her! Starts/Runs/Drives, leather interior, Aftermarket AM/FM Tape player, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $ 800.00 Make: Ford Model: Pick-Up Year: 1959 VIN: F10J9L10013 Mileage: 23,288 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 6 Cyl Transmission: 3 on the Tree Fuel Type: Gasoline Location: California Body Type: Truck Emissions: No Smog Required | 511 | 1.0 | $2,200.00 | $2,200.00 | ($198.00) | $1,962.01 |
| | 1956 Mercury Monterey - 1956 Mercury Monterey The son of the lead sled this highly sought after cruiser is ready for | | | | | | |

00031

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | restoration or customize! Drop it to the ground or pro touring the options are endless for this hotrod. The mercury v8 runs strong and is going to give many years of enjoyment. A classic color combination of black and yellow really set this one off. Starts/Runs/Drives, leather interior, AM/FM radio, restoration started, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $ 280.00 Make: Mercury Model: Monterey Year: 1956 VIN: 56SL33500M Mileage: 60,977 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 45 | 1987 Ford Bronco XLT**4x4** - 1987 ford Bronco. Nice running truck that was damage during filming. Engine and trans are solid and just needs repairs to get it back on the road! Comes with Centerline aluminum Wheels. Starts/Runs/Drives, power windows and door locks, cloth interior, no radio, interior/exterior damages, alloy wheels, 4x4, great project car for restoration!!! Make: Ford Model: Bronco Year: 1987 VIN: 1FMDU15N3HLA23083 Mileage: 54,024 Mileage Exempt: Yes Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 47 | 1987 Chevrolet Surburban - 1987 Chevrolet Suburban. The big block 454 engine and automatic trans power this classic suv. Equipped with a/c and a beautiful black paint it s ready to haul the mail. Needs nothing to hit the road! Starts/Runs/Drives, power windows and door locks, cloth interior, tape player, tinted windows, complete repaint, interior/exterior damages, great project car for restoration, current smog!!! Dmv Fees $ 185.00 Make: Chevrolet Model: Suburban Year: 1987 VIN: 1GNGR26N5HF140385 Mileage: 29,610 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: Current Smog | 518 | 1.0 | $1,900.00 | $1,900.00 | ($171.00) | $1,689.01 |
| 48 | 1966 Chevrolet Corvair - Classic 1966 Chevrolet Corvair . this 2 door has a 4 speed and bucket seats in the classic style. Dont see many of these that are a solid as the metal on this beauty. Its amazing how well these cars handle. Starts, leather interior, AM radio, rear engine, dual carbs, interior/exterior damages, has some rust, bad brakes, no key, great project car for restoration!!! Dmv Fees $ 250.00 Make: Chevrolet Model: Corvair Year: 1966 VIN: 105376W100756 Mileage: 85,375 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 6 Cyl Transmission: 4-Speed Fuel Type: Gasoline Body Type: Coupe Emissions: No Smog Required | 513 | 1.0 | $1,100.00 | $1,100.00 | ($99.00) | $961.01 |
| 49 | 1972 Plymouth Fury III - 1972 Plymouth fury III. A great cruiser this vehicle is in amazing shape for how old it is. This car is a true survivor and should not be touched. You can pack the family and the pooch and head on the Johnson family vacation!!! Starts/Runs/Drives, cloth interior, AM radio, clean interior, clean exterior, some interior/exterior damages, great project car for restoration!!! Dmv Fees $ 300.00 Make: Plymouth Model: Fury Year: 1972 VIN: PH41G2F250496 Mileage: 20,830 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Body Type: Sedan Emissions: No Smog Required | 521 | 1.0 | $1,600.00 | $1,600.00 | ($144.00) | $1,416.01 |
| | 1965 Plymouth Belvedere II - 1965 Plymouth Belevedere II. This one is from the owners private collection that should be turned | | | | | | |

| # | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 56 | into a hemi clone. This is one of the most beautiful body styles mopar ever produced! It has a 318 Poly motor and an automatic trans which has plenty of power! Starts/Runs/Drives, Cloth interior, aftermarket tape player missing faceplate, interior/exterior damages, great project car for restoration!!! Dmv Fees $ 636.00 Make: Plymouth Model: Belvedere Year: 1965 VIN: R355183351 Mileage: 77,892 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 819 | 1.0 | $4,600.00 | $4,600.00 | ($414.00) | $4,146.01 |
| 57 | 1963 Plymouth Fury Convertible**Salvaged Title - Classic 1963 Plymouth Fury convertible. Solid body car this car is ready to drive as is or restore to its classic beauty! There is no wrong answer when you buy this ride. Runs and drives great and not sure why the salvage title? But dont see any prior damage. Bid on the rare ride! Starts/Runs/Drives, cloth interior, Aftermarket CD player missing faceplate, interior/exterior damages, great project car for restoration!!! Dmv Fees $ 140.00 Make: Plymouth Model: Fury Year: 1963 VIN: 3331199891 Mileage: 73,274 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Convertible Coupe Emissions: No Smog Required | 513 | 1.0 | $4,600.00 | $4,600.00 | ($414.00) | $4,146.01 |
| 58 | 1973 Ford Gran Torino Wagon - 1973 Ford Torino Wagon very original classic wagon Was the feature vehicle in the movie The Runaways the v-8 engine with dual exhaust runs great! Classic interior is in nice. Very nice survivor!!! Starts/Runs/Drives, leather/cloth interior, Sony tape player, factory wheel covers, luggage rack, clean interior with very few damages, restoration started, great project car for restoration!!! Dmv Fees $ 205.00 Make: Ford Model: Gran Torino Year: 1973 VIN: 3A42H308231 Mileage: 35,907 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon Emissions: No Smog Required | NOT SOLD | | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 59 | 1965 Dodge 330 Wagon - 1963 Dodge 330 surf wagon. Dont find patina like this very often This is the owners personal car and he left the exterior as is but tricked out the interior with custom door panels indian blanket seats and a custom stereo with dvd player amps and speakers front and rear. The interior is awesome and lacks for nothing. This rat rod is ready to go and drives like a dream. Throw your surfboard on top and youre ready to hit the beach. Starts/Runs/Drives, leather/cloth interior, AM radio, alloy wheels, interior/exterior damages, has some rust, interior started for restoration, great project car for restoration!!! Dmv Fees $ 115.00 Make: Dodge Model: 330 Wagon Year: 1965 VIN: 65-35148555 Mileage: 13,072 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon Emissions: No Smog Required | NOT SOLD | | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 62 | 1973 AMC Hornet - 1973 AMC hornet Sportabout. Another classic ready for a new home Runs very well and needs little to head the road!!! Starts/Runs/Drives, cloth interior, AM radio, Factory wheel covers, luggage rack, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $ 732.00 Make: AMC Model: Hornet Year: 1973 VIN: A3A087A230972 Mileage: 26,961 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 6 Cyl Transmission: Automatic Fuel Type: Gasoline Location: | 300 | 1.0 | $700.00 | $700.00 | ($63.00) | $597.01 |

00033

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | California Body Type: Wagon Emissions: No Smog Required | | | | | | | |
| 64 | 1954 Ford Fairlane - 1954 Ford Fairlane, this hotrod is a nice solid cars with a 302 v-8 in it back by an automatic transmission this vehicle has been in many movies and tv shows and is a nice looker ready to be rat rodded!!! Starts/Runs/Drives, cloth interior, wheel covers, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $300.00 Make: Ford Model: Fairlane Year: 1954 VIN: UUDG171945 Mileage: 2,303 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 874 | 1.0 | $2,900.00 | $2,900.00 | ($261.00) | $2,599.01 |
| 65 | 1976 Ford LTD Wagon - 1976 ford ltd wagon, nice solid sled ready to drive or restore get classic that can go many different directions. Runs and drives very well. Ready to be enjoyed!!! Starts/Runs/Drives, leather interior, AM radio, luggage rack, interior/exterior damages, has some rust, great project car for restoration!!! Make: Ford Model: LTD Wagon Year: 1976 VIN: 6J74S143511 Mileage: 20,924 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon Emissions: No Smog | 5 | 1.0 | $1,400.00 | $1,400.00 | ($126.00) | $1,234.01 |
| 66 | 2003 Hummer H2 - We modified the exterior of this H2 to give it a futuristic look for the Movie Dragon Ball and Looper. It has gone through some color changes for other Movies such as Dark Skies, How I Met Your Mother and a few others. It Runs very good and a real eye catcher. Kick up your social life a notch and buy this Hummer. Starts/Runs/Drives, power windows and door locks, leather interior, sunroof, lifted with alloy wheels, vehicle has been completely modified, missing multiple components, interior/exterior damages, great project car for restoration!!! Make: Hummer Model: H2 Year: 2003 VIN: 5GRGN23U13H143330 Mileage: Unknown Mileage Exempt: No Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 67 | 1972 Lincoln Mark IV - Starts/Runs/Drives, leather interior, AM radio, alloy wheels, interior/exterior damages, great project car for restoration!!! Dmv Fees $240.00 Make: Lincoln Model: Mark V Year: 1972 VIN: 2Y89A870763 Mileage: 23,972 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 68 | 1982 Lincoln Continental Mark VI - Starts/Runs/Drives, leather interior with wood grain, alpine tape player, factory wheel covers, interior/exterior damages, great project car for restoration!!! Make: Lincoln Model: Continental Mark VI Year: 1982 VIN: 1MRBP95F5CY623090 Mileage: 59,851 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 69 | 1979 Ford Bronco XLT - This Bronco can be seen in the Movie Home Front starring Jason Stratham, James Franco, and Winona Ryder. This was the heaviest duty year for Bronco. Ford fitting pretty much all with 9 inch rears and Dana 44 fronts. Pull your trailer no problem with this one. Starts/Runs/Drives, cloth interior, no radio, | NOT | - | $0.00 | $0.00 | ($0.00) | $0.00 |

00034

| No. | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4x4 XLT, interior/exterior damages, great project car for restoration!!! Make: Ford Model: Bronco Year: 1979 VIN: U15SLEK3092 Mileage: 82,334 Mileage Exempt: Yes Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog | | | | | | |
| 70 | 1992 Landrover Range Rover - Range Rover is a luxurious rugged all around vehicle where its disciples include the Royal Family, Jack Nicholson, Joe Montana, and Race driver Danny Sullivan who owned over 5 at last count. This Rover can be seen in the up coming Movie Straight Out Of Compton, or Key & Peele Cold Case, State Of Affairs, Numbers, Under World and many more. She runs well and looks good. Its about time you own one so go anywhere in confidence with this one. Starts/Runs/Drives, power windows and door locks, leather interior with wood grain, heated seats, sunroof, interior/exterior damages, great project car for restoration!!! Make: Land Rover Model: Range Rover Year: 1992 VIN: SALHV1248NA618364 Mileage: 139,092 Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 71 | 1965 Plymouth Bevedere - As seen on The Host, This Barn Find runs beautiful and looks great inside and out. Seats have been reupholstered. Cruise this Mopar or bring it to the Southern California Spring Fling. Starts/Runs/Drives, leather/cloth interior, AM radio, interior/exterior damages, great project car for restoration!!! Dmv Fees $100.00 Make: Plymouth Model: Bevedere Year: 1965 VIN: R455146586 Mileage: 54,381 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 300 | 1.0 | $4,000.00 | $4,000.00 | ($360.00) | $3,600.01 |
| 72 | 1996 BMW 3 Series Convertible - This Sporty convertible runs very good, just needs a little love and care. It was featured in the Movies or TV Series which include: Raising Hope, Dexter, Perfect Couples and also did lots of TV Commercials. Drop the top and hit the highway. Starts/Runs/Drives, power windows and door locks, leather interior, tape player, convertible top, interior/exterior damages, electrical issue in dash, check engine light on, great project car for restoration!!! Make: BMW Model: 3 Series Year: 1996 VIN: WBABK8326TET91416 Mileage: 199,850 Mileage Exempt: No Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 6 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Convertible Coupe Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 73 | 1974 Plymouth Duster - 1974 plymouth duster, rare combination of v-8 engine and 3 speed on the floor. These muscle cars are becoming more valuable by the minute This is a California car which is very solid. Mopar or no car!!! Starts/Runs/Drives, leather/cloth interior, Kenwood tape player, factory wheel covers, interior/exterior damages, great project car for restoration!!! Dmv Fees $230.00 Make: Plymouth Model: Duster Year: 1974 VIN: VL29G4B497657 Mileage: 91,377 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: 3-Speed Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 501 | 1.0 | $2,250.00 | $2,250.00 | ($202.50) | $2,007.51 |
| | 1955 Packard The Tour Hundred - 1955 Packard. Packard was one of the premiere car builders through the mid 50s This is a rare two door that has a fresh 2 tone paint job on it. The big v-8 runs fantastic!!! | | | | | | |

| # | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 74 | Wide white wall tires sets it off even more!!! Littles little to be perfect!!! Starts/Runs/Drives, leather/cloth interior, factory AM radio, power windows, interior/exterior damages, great project car for restoration!!! Dmv Fees $140.00 Make: Packard Model: Tour Hurd Year: 1955 VIN: 55875869 Mileage: 57,020 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog Required | 300 | 1.0 | $4,400.00 | $4,400.00 | ($396.00) | $3,964.01 |
| 75 | 1966 Mercury Colony Park Wagon - 1966 mercury colony park wagon. The woodgrain says it all. Its classic looks and styling always set it apartf from the other wagons. Its gat a 390 v-8 and automatic trans great for the beach or camping!!! Starts/Runs/Drives, leather interior, AM radio, wood paneling, chrome wheels, interior restoration started, interior/exterior damages, has some rust, great project car for restoration!!! Dmv Fees $300.00 Make: Mercury Model: Colony Park Year: 1966 VIN: 6Z76H501342 Mileage: 20,785 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 78 | 1996 BMW 318i - Own the Beemer that is in the up-coming Movie Straight Out Of Compton and featured on Your Family Or Mine. This coupe runs great and has a lot of power, dont miss it. | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 79 | 1987 Jeep Grand Wagoneer - !987 Jeep Grand Wagoneer, This is the second Jeep we built for Tommy Hillfinger!! They give us the design and we build them Another one seen all over the world Fresh paint and it runs very well Should be tons of fun!!! Unit is complete. Starts/Runs/Drives. power windows and door locks, leather interior, steel wheels, luggage rack with lights, tow hitch, looks to have original engine, interior has some imperfections tear/cracks, exterior dents/scratches, new exterior paint job, great vehicle for restoration!!! Make: Jeep Model: Grand Wagoneer Year: 1987 VIN: 1JCNJ1506HT083608 Mileage: 156,106 Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Engine: 5.9L, 360 C.I.D Fuel Type: Gasoline Location: California Body Type: SUV Emissions: Failed Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 80 | 1986 Ford Econoline E350 - This sleeper was featured in a few movie like Behind The Candelabra, The Bridge, Course Of The Force to name a few but the real fun is getting out to the race course or camp ground and staying over night. Great for road trips this camper runs & looks good. Starts/Runs/Drives, cloth interior, tape player, refrigerator, sink, t.v., curtains, interior/exterior damages, great project car for restoration!!! Make: Ford Model: Econoline E350 Year: 1986 VIN: 1FDHS34L6GHB20878 Mileage: 9,993 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Van Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 81 | 1986 Chevrolet C20 - This van was set up for surveillance when the Production Company wanted to show a surveillance shot as in the TV Show Gang Related and standard exterior shots to use in Miley Cyrus Promo Tour, Desperate Housewives, Behind The Candelabra and many more. This van is ready for you to take it to the next level. Engine runs well and ready for you to take it home. Starts/Runs/Drives, leather and cloth interior, tape player, van converted to work van, interior/exterior damages, great project car for restoration!!! Make: | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |

Chevrolet Model: Van Year: 1986 VIN:
1GCEG25F8G7105378 Mileage: 3,44 Mileage Exempt: Yes Doors: 2 Door Drive:
Two-Wheel Drive Cylinders: 8 Cyl
Transmission: Automatic Fuel Type:
Gasoline Location: California Body Type:
Van Emissions: No Smog

| | | | | | |
|---|---|---|---|---|---|
| Total Lots: 35 | | | Total: | $42,850.00 | $3,856.50 |

## Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Lot (20) | | Detail | $39.99 | |
| | Lot (32) | | Detail | $39.99 | |
| | Lot (37) | | Detail | $39.99 | |
| | Lot (39) | | Detail | $39.99 | |
| | Lot (47) | | Detail | $39.99 | |
| | Lot (48) | | Detail | $39.99 | |
| | Lot (49) | | Detail | $39.99 | |
| | Lot (56) | | Detail | $39.99 | |
| | Lot (57) | | Detail | $39.99 | |
| | Lot (62) | | Detail | $39.99 | |
| | Lot (64) | | Detail | $39.99 | |
| | Lot (65) | | Detail | $39.99 | |
| | Lot (71) | | Detail | $39.99 | |
| | Lot (73) | | Detail | $39.99 | |
| | Lot (74) | | Detail | $39.99 | |

| Total Expenses: 15 | | | Total: | $599.85 |
|---|---|---|---|---|

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 04/14/2015 08:40AM | CHECK | Check #: 1532<br>Payable To: Matt Talbert | $38,390.65 |
| 04/20/2015 02:08PM | CHECK | Check #: 1535<br>Payable To: | $3.00 |

| Total Payments: 2 | | Total: | $38,393.65 |
|---|---|---|---|

| Summary | |
|---|---|
| Auction Gross | $42,850.00 |
| Commissions | ($3,856.50) |
| Expenses | ($599.85) |
| Credits | $0.00 |
| Auction Net | $38,393.65 |
| Total Paid | $38,393.65 |
| Balance Due | $0.00 |

# Seller Settlement

**I15 Auctions**
14364 7th Street
Victorville, CA 92395
Phone: (844) 824-3669

## Seller Information

Seller Name:          , Matt Talbert
Seller Number:      99
Location:
Phone:

## Auction Information

Auction:        Picture Care Warehouse Liquidation
                Auction
Date:           03/14/2015 11:00
Location:       14364 7th Street
                Victorville, Ca 92395

## Lots

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 77 | 1964 Cadillac Fleetwood - 1964 Cadillac Fleetwood. This Caddy was built for the hit Movie Catch Me If You Can starring Leonardo DeCaprio and Christopher Walken! It has a custom interior and needs little to hit the road. Nothing drives better than a Caddy and this is a great piece!!! Unit is complete. Starts/Runs/Drives. Power windows and door locks, leather interior, looks to have original engine, interior damages tears and cracks, looks to have new seat leather, exterior dents/scratches, some rust, good project classic car!!! Dmv Fees $210.00 Make: Cadillac Model: Fleetwood Year: 1964 VIN: 64M082190 Mileage: 72,727 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Sedan Emissions: Smog Not Required | 819 | 1.0 | $14,000.00 | $14,000.00 | ($1,260.00) | $12,635.01 |

Total Lots: 1 | | | | Total: | $14,000.00 | $1,260.00 | |

## Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Lot (77) | | Detail | $39.99 | |
| | Lot (77) | | Em. Vin verification | $65.00 | |

Total Expenses: 2 | | | Total: | $104.99 | |

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 07/28/2015 04:10PM | CHECK | Check #: 1599 Payable To: Matt Talbert | $12,635.01 |

Total Payments: 1 | | Total: | $12,635.01 |

### Summary

| | |
|---|---|
| Auction Gross | $14,000.00 |
| Commissions | ($1,260.00) |
| Expenses | ($104.99) |
| Credits | $0.00 |

00038

| Auction Net | $12,635.01 |
| Total Paid | $12,635.01 |
| Balance Due | $0.00 |

# Seller Settlement

**I15 Auctions**
14364 7th Street
Victorville, CA 92395
Phone: (844) 824-3669

## Seller Information

| | |
|---|---|
| Seller Name: | Talbert , Matt |
| Seller Number: | 21 |
| Location: | 2680 Hidden Valley Rd Templeton , Ca 93465 |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | Picture Care Warehouse Liquidation Auction |
| Date: | 03/14/2015 11:00 |
| Location: | 14364 7th Street Victorville, Ca 92395 |

## Lots

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 21 | 1946 GM Stakebed Truck Unbelievable Patina Finish with clear coat - Completely gone through 1946 GM Stakebed Truck, Unbelievable Patina Finish with clear coat / Great running 350 Chevy engine with rebuilt carb and automatic transmission / New interior and headliner, All new glass all around / Great rubber. This truck is a gem. Runs perfect and rides great. Make: GMC Model: Stakebed Year: 1946 VIN: 2049ERCAL Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Engine: 350 Body Type: Stakebed Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 22 | 1962 Chevy Corvette LOLA from ABCs Marvels Agents of S.H.I.E.L.D. 5% BUYERS PREMIUM ON THIS CAR - 1962 Chevy Corvette LOLA from ABCs Marvels Agents of S.H.I.E.L.D. television series 327 HP, 4 speed manual transmission 5,900 miles. New paint. Red exterior, Great black vinyl interior Excellent condition. Looks and drives great. Make: Chevrolet Model: Corvette Year: 1962 VIN: 20867S113052 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: 4-Speed Engine: 327 Location: California Body Type: Coupe Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 23 | 1962 Chevy Corvette!! 5% BUYERS PREMIUM ON THIS CAR!! - 1962 Chevy Corvette, 360 HP / Fuel Injection / Numbers matching / Upgraded 6-speed automatic transmission / Disc brake upgrade. Recent restoration and brand new paint. 10,140 miles Red exterior with Black leather interior that is like new. Excellent condition and is made into a driver without changing originality. Has both hard and soft tops and original 4-speed transmission included. Make: Chevrolet Model: Corvette Year: 1962 VIN: 20867S11045 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: 4-Speed Location: California Body Type: Coupe Emissions: No Smog Required | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 40 | Beautiful 2012 Tioga RV .. In Great Condition 5% BUYERS PREMIUM ON THIS RV - Beautiful 2012 Tioga RV, Only 4100 miles from new, runs exceptional and looks brand new. With bedroom, shower and toilet in the back. Dinette converts to bed and over-cab bed, the whole family can be comfortable. | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| | 1972 Chevy Blazer - 1972 Chevy | | | | | | |

**00040**

| # | Description | | Qty | | | | |
|---|---|---|---|---|---|---|---|
| 42 | Blazer. Newly complete restoration with brand new paint and interior. All new chrome and glass. Strong running 5.7L 350cid V8 engine with aluminum intake. Automatic transmission. 42,000 miles. 2 Lift. Roll cage. I built this for myself to enjoy but now other priorities make keeping it impossible. This truck is like brand new. VIN CKE182F126081 | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 43 | 1974 Pontiac Grand Ville - 1974 Pontiac Grand Ville, 2-Door Convertible / 45,850 miles / 8cyl. 455cid-215hp - 4bbl / Automatic / Air Conditioning / Runs & Drives great. Red leather interior, red exterior with white top / Power windows, seats, locks. One of the unknown classic convertibles out there that can still be bought. VIN 2P67W4P163349 | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 50 | 1976 BMW R90/6 Engine# 4972535 - 1976 BMW R90/6 Engine# 4972535, 898 c.c. / 2-valve per cyl. Horizontally opposed twin / Air cooled / Custom paint / new seat / 22,000 miles, Runs fabulous, looks even better. SOLD ON BILL of SALE | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 51 | 2000 Buell X-1 Engine# SS81Y225360 1203 c.c. V-Twin - 2000 Buell X-1 Engine# SS81Y225360. 1203 c.c. V-Twin 4-stroke / 5 gears / Excellent condition / ex Race Bike. 2000 miles SOLD ON BILL OF SALE | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 52 | 1975 Bultaco 370 Engine # HM143000370 2400 miles - 1975 Bultaco 370, Engine # HM143000370 2400 miles SOLD ON BILL OF SALE | 795 | 1.0 | $1,100.00 | $1,100.00 | ($99.00) | $1,001.00 |
| 53 | 1968 Triumph Bonneville T120, Cafe Racer - 1968 Triumph Bonneville T120, Cafe Racer, Engine # TR6RDU82459, 650 c.c. / Polished fuel tank / black frame & seat. Great condition. Fast bike. | 795 | 1.0 | $4,500.00 | $4,500.00 | ($405.00) | $4,095.00 |
| 54 | 1966 Triumph Bonneville T120R 10% BUYERS PREMIUM ON THIS BIKE - 1966 Triumph Bonneville T120R, Engine # T120R DU30719, Museum quality restoration. 649cc OHV parallel twin. Edward Turners last production of, Triumph before he retired. A rare find in fantastic condition. | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 55 | 1973 Ossa Pioneer - 1973 Ossa Pioneer Engine # M305829, 250 c.c. / 5-speed Enduro. Vintage dirt bike. Great condition. | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 76 | Authentic Danica Patrick Race car !!! Impala - Danica Patrick, driver of the #7 GoDaddy.com Chevrolet, during the NASCAR Nationwide Series CARFAX 250 at Michigan International Speedway on August 14, 2010 in Brooklyn, Michigan. Note. Car has no engine or transmission | 847 | 1.0 | $8,500.00 | $8,500.00 | ($765.00) | $7,735.00 |

Total Lots: 13  Total: $14,100.00  $1,269.00

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 04/13/2015 05:40PM | CHECK | Check #: 1527 Payable To: Matt Talbert | $12,831.00 |

Total Payments: 1  Total: $12,831.00

| Summary | |
|---|---|
| Auction Gross | $14,100.00 |
| Commissions | ($1,269.00) |
| Expenses | ($0.00) |
| Credits | $0.00 |
| Auction Net | $12,831.00 |
| Total Paid | $12,831.00 |

00041

# Seller Settlement

**I15 Auctions**
14364 7th Street
Victorville, CA 92395
Phone: (844) 824-3669

## Seller Information

| | |
|---|---|
| Seller Name: | Talbert, Matt |
| Seller Number: | 98 |
| Company: | Picture Car Warehouse |
| Location: | Picture Car Warehouse |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | April Car, Coin, and Treasures Auction |
| Date: | 04/11/2015 11:00 |
| Location: | 14364 7th Street |
| | Victorville, Ca 92395 |

## Lots

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 45 | 1966 Mercury Colony Park Wagon ... Vin: 01342 - The Car has a Trailer Hitch and a Luggage Rack on Top. Pictures tell the cars Story! Make: Mercury Model: Colony Park Year: 1966 VIN: 6Z76H501342 Mileage: 20,785 Drive: Two-Wheel Drive Transmission: Automatic Fuel Type: Gasoline | 832 | 1.0 | $700.00 | $700.00 | ($63.00) | $637.00 |
| 46 | 1972 Lincoln Mark VI ... Last 5 Vin: 70763 - 18" Wheels ... Car is a Solid runner ... . Just needs a new Battery Make: Lincoln Model: Mark VI Year: 1972 VIN: 2Y89A870763 Mileage: 23,972 Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline | 500 | 1.0 | $1,250.00 | $1,250.00 | ($112.50) | $1,137.50 |
| 47 | 1968 Ford LTD Wagon ... Last 5 of Vin: 09785 - Good Wood Grain on the outsides, Good Headliner,  Interior is in pretty good shape as well  Make: Ford Model: LTD Year: 1968 VIN: 8W76Y109785 Mileage: 24,746 Doors: 4 Door Cylinders: 8 Cyl | 559 | 1.0 | $1,000.00 | $1,000.00 | ($90.00) | $910.00 |
| 48 | 1965 Jeep Wagoner 4X4 .... Last 5 of Vin: 50439 - This car is wired for power steering & Curse Control. Has a air conditioning compressor. Is a V-8 327 Cubic Inch .. These Classics are getting more popular as they are getting harder to find!! CA CAR!!!  Make: Jeep Model: Wagner Year: 1965 VIN: 141450439 Mileage: 20,084 Doors: 4 Door Cylinders: 8 Cyl Collectible Vehicle: Yes State: California | 501 | 1.0 | $1,800.00 | $1,800.00 | ($162.00) | $1,638.00 |
| 49 | 1988 Jaguar XJS ... Last 5 of Vin: 44953 - 1988 Jaguar XJS. This convert was damaged by the film crew runs but there a lots of valuable parts!!! Starts/Runs/Drives, leather interior, Tape player, convertible, alloy wheels, interior/exterior damages, great project car for restoration!!! DMV fees for Ca $788 ..New buyer is responsible for smog ...... Make: Jaguar Model: XJ-S Year: 1988 VIN: SAJNV5840JC144953 Mileage: 88,560 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 12 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Convertible Coupe Emissions: No Smog | 550 | 1.0 | $1,200.00 | $1,200.00 | ($108.00) | $1,092.00 |
| | 1978 Lincoln Town Coupe ... Last 5 of Vin: 20556 - 1978 Lincoln Town Coupe used in Charlie Wilsons War starring Tom Hanks Picture Car Warehouse purchased this car from a gentleman in Florida to use in the movie. A one owner 29,000 original mile car. Everything except the paint is factory original. The interior is plush | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62 | Location and in great condition. Ready to cruise anywhere. Opera Lights, Wire Wheel Covers. Needs landeau top replaced. Starts/Runs/Drives, power windows, leather interior, AM/FM radio, clean car for the year, looks to have original engine, interior/exterior damages, great project car for restoration!! Make: Lincoln Model: Town Car Year: 1978 VIN: 8Y81A920556 Mileage: 29,357 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe | 503 | 1.0 | $1,750.00 | $1,750.00 | ($157.50) | $1,592.50 |
| 63 | 1985 Chrysler Lebaron Wagon .. Last 5 of Vin: 08720 - 1985 Chrysler Lebaron wagon. Like it's big brother the Chrysler town and country these classics are becoming very rare and highly sought out by all types of collectors.This vehicle was used on the filming of the Allstate commercial and runs and drives well. Ready to go to the beach or camping. Starts/Runs/Drives, power windows, leather interior, Tape player, interior/exterior damages, perfect project car for restoration. Make: Chrysler Model: LeBaron Year: 1985 VIN: 1C3BC59E8FF308720 Mileage: 49,280 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 4 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Wagon | 832 | 1.0 | $800.00 | $800.00 | ($72.00) | $728.00 |
| 65 | 1981 Ford Bronco**4x4** .. Last 5 of Vin:38600 - 1981 Bronco Blue on White this Bronco has been used in many Television shows and is now being offered up Fresh paint and interior is nice runs great and is ready to take you skiing! Buyer handles all paper work ..... Starts/Runs/Drives, leather interior, interior/exterior damages, strong runner, great project car for restoration!! Make: Ford Model: Bronco Year: 1981 VIN: 1FMDU15E7BLA38600 Mileage: 75,151 Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: 5-Speed Fuel Type: Gasoline Location: California Body Type: SUV | 825 | 1.0 | $1,700.00 | $1,700.00 | ($153.00) | $1,547.00 |
| 67 | 1986 Jeep Grand Wagoneer ... Last 5 of Vin: 41949 - 1986 Jeep Grand Wagoneer custom built for Tommy Hilfiger. Used in their photo shoot this rig has been seen all over the world. This is the first of two we built for Mr. Hilfiger and is a one of a kind. Perfect ride for social outings in the dirt, mud or the beach. Starts/Runs/Drives, leather/cloth interior, aftermarket stereo m/faceplate, top has been chopped, interior/exterior damages, has some rust, great project car for restoration!!! Make: Jeep Model:Grand Wagoneer Year: 1986 VIN: 1JCNJ15U0GT041949 Mileage: 115,763 Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 69 | 1980 Pontiac Trans-Am ... Last 5 of Vin: 41837 - 1980 Pontiac Trans Am, nice solid sports car.  Remember the days of Big Hair and Loud Music!! If you would love to relive those days then this is your car. Very rare and highly sought after this one can take you anywhere you want to go. Would be the perfect car to replicate Smokey and the bandit's Trans Am. New owner will be responsible for getting car smogged!! Starts/Runs/Drives, vinyl interior, power windows, interior/exterior damages, has some rust, great project car for restoration!!! Make: Pontiac Model: Trans Am Year: 1980 VIN: 2W87HAL141837 Mileage: 64,813 Mileage Exempt: Yes Doors: 2 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Coupe Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| | 1988 Chevrolet Blazer**4x4**Salvaged Title** | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | Last 5 of Vin: 07045 1988 Chevrolet Blazer this rig has been in the fleet for over 10 years. Runs and drives great and ready to hit the road. We painted it pink for a commercial and its been rented several times since then. This body style has become highly sought after and it's ready for whatever you choose! Starts/Runs/Drives, power windows and door locks, cloth interior, tape player, interior/exterior damages, great project car for restoration!!! Make: Chevrolet Model: Blazer Year: 1988 VIN: 1GNEV18K6JF107045 Mileage: 90,871 Mileage Exempt: Yes Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV | 845 | 1.0 | $1,350.00 | $1,350.00 | ($121.50) | $1,228.50 |
| 72 | 1987 Ford Ranger Pick-Up ... Last 5 of Vin:30810 - Painted in camouflage and ready to take on the wilderness or drop your tailgate and have a picnic. This 4 wheel drive Ranger runs as well as it looks. The lift on this beauty is perfect for offroading. Starts/Runs/Drives, cloth interior, Aftermarket CD player missing faceplate, lifted with trail master suspension, camper shell, camouflage paint job, ready to go 4 wheeling or hunting, also great project car for restoration!!! New owner will be responsible for smog!! This Truck Is a SOLID RUNNER Make: Ford Model: Ranger Year: 1987 VIN: 1FTCR11TXHUA30810 Mileage: 83,152 Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 6 Cyl Transmission: 5 Speed Fuel Type: Gasoline Location: California Body Type: Truck Emissions: No Smog | 750 | 1.0 | $2,000.00 | $2,000.00 | ($180.00) | $1,820.00 |
| 73 | 2005 Landrover Range Rover - 2005 Landrover Range rover. Loaded runs and drives great!!! Starts/Runs/Drives, clean inside and out, power windows and door locks, CD player with Navigation, A/C blows cold, Sunroof, tinted windows, alloy wheels, leather interior, clean interior with minor damages, clean exterior with minor damages, ready to drive down the road, strong runner!!! Make: Land Rover Model: Range Rover Year: 2005 VIN: SALME11415A189598 Mileage: 103,123 Mileage Exempt: No Doors: 4 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 74 | 1956 Mercury Monterey highly sought after cruiser is ready for restoration or customization! - Last 5 of Vin : 3300M 1956 Mercury Monterey has been a California car.This highly sought after cruiser is ready for restoration or customization! Drop it to the ground or take advantage of it's pro touring options. The Mercury V8 runs strong and is going to provide many years of enjoyment. The classic color combination of black and yellow really sets this one off.This Hard Top Car Has a automatic push Button Radio, Dual Exhaust, Fender Skirts, Interior is in Pretty Good shape. It looks to be quite original under the hood Starts/Runs/Drives, leather interior, AM/FM radio, restoration started, great project car for restoration!!! Dmv Fees $ 280.00 Make: Mercury Model: Monterey Year: 1956 VIN: 56SL3300M Mileage: 60,977 Mileage Exempt: Yes Drive: Two-Wheel Drive Doors: 2 Door Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Collectible Vehicle: Yes Location: California State: California City: Victorville Emissions: No Smog Required Body Type: Hardtop | 508 | 1.0 | $6,000.00 | $6,000.00 | ($540.00) | $5,460.00 |
| | 1963 Dodge Surf Wagon ... Last 5 of Vin: 48555 - 1963 Dodge 330, long roof, surf wagon. Don't find patina like this very often This is the owners personal car and he left the exterior as is but tricked out the interior with custom door panels Indian blanket seats and a custom stereo with dvd | | | | | | |

| # | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 75 | player amps and speakers front and rear. The interior is awesome and lacks for nothing. This rat rod is ready to go and drives like a dream. Throw your surfboard on top and you're ready to hit the beach. Complete with Black/Yellow Plates Starts/Runs/Drives, leather/cloth interior, AM radio, alloy wheels, , has some rust, interior started for restoration, great project car for restoration!!! Dmv Fees $ 115.00 Make: Dodge Model: 330 Wagon Year: 1963 VIN: 65-35148555 Mileage: 13,072 Mileage Exempt: Yes Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Long Roof Wagon Emissions: No Smog Required | 506 | 1.0 | $5,550.00 | $5,550.00 | ($499.50) | $5,050.50 |
| 78 | 1996 BMW 3-Series, 2 Door Coupe, 4-Speed Automatic - VIN: WBABG2326TET30551 Make: BMW Year: 1996 Mileage: 165,248 New owner is responsible for getting car smogged. Engine: L6, 2.8L (170 CID) | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 80 | 1986 Chevrolet G20 Van ... Last 5 of Vin: 05378 - 1986 Chevrolet G20 Van, Spacious customized interior. A must see!!! Retro electronics installed. Make: Chevrolet Model: G20 Year: 1986 VIN: 1GCEG25F8G7105378 Mileage: 3,442 Location: California State: California Body Type: Van | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| 81 | 1987 Jeep Wagoneer ... LAst 5 of Vin: 83608 - 1987 Jeep Grand Wagoneer totally ready to go. Beautiful paint and interior, seats 5 with fold down seats for more storage. Huge luggage rack on top, with customized steel bumpers, front and rear. This is one mean off road machine. New owner is responsible for getting vehicle smogged. Make: Jeep Model: Wagonner, Grand Wagonner Year: 1987 VIN: 1JCNJ1506HT083608 Mileage: 156,106 Drive: Four-Wheel Drive Doors: 5 Door Cylinders: 8 Cyl Condition: Excellent Transmission: Automatic Fuel Type: Gasoline Collectible Vehicle: Yes Location: California State: California City: Victorville | 502 | 1.0 | $2,400.00 | $2,400.00 | ($216.00) | $2,184.00 |
| 83 | 1973 Ford Grand Torino Station Wagon ... Last 5 of Vin: 08231 - 1973 Ford Grand Torino, Station Wagon (Brown) Talk about some room in this rustic beauty. Perfect for long outings with a group. No smog Needed!!!!!!!! DMV Fees & Plates $220 Make: Ford Model: Gran Torino Year: 1973 VIN: 3A42H308231 Mileage: 35,907 Body Type: Station Wagon | 503 | 1.0 | $1,750.00 | $1,750.00 | ($157.50) | $1,592.50 |
| 84 | 1982 Lincoln Continental Mark VI ... Last 5 of Vin: 23090 - 1982 Lincoln Mark VI, this ride is a very powerful cruiser, with it's V8 motor. Perfect candidate for customizing and making your own. New owner is responsible for smogging vehicle. Make: Lincoln Model: Continental Mark VI Year: 1982 VIN: 1MRBP95FCY623090 Mileage: 59,863 Doors: 2 Door Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California State: California City: Victorville | 550 | 1.0 | $600.00 | $600.00 | ($54.00) | $546.00 |
| 87 | 2003 Yellow Hummer H2 - 2003 Yellow Hummer H2 ... Vin # 5GRGN23U13H143330 Best use for off road... Vehicle has been altered for the movies as shown in pictures.... DMV fees if registered in California is $920 | NOT SOLD | - | $0.00 | $0.00 | ** ($0.00) | $0.00 |
| 88 | 1986 Ford Econoline Cargo Van - Vin # 1FDHS34L6GHB20878 3-Door Van Has a little Kitchenette in the back!! Reg $140 | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |
| | 1979 Ford Bronco XLT - This Bronco can be seen in the Movie Home Front starring Jason Stratham, James Franco, and Winona Ryder. This was the heaviest duty year for Bronco. Ford fitting pretty much all with 9 inch rears and Dana 44 fronts. Pull your trailer | | | | | | |

00046

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| '89 | No problem with this one. Starts/Runs/Drives, cloth interior, interior/exterior damages, Make: Ford Model: Bronco Year: 1979 VIN: U15SLEK3092 Mileage: 82,334 Mileage DMV Fees if registered in California $611, Doors: 2 Door Drive: Four-Wheel Drive Cylinders: 8 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: SUV | 2000 | 1.0 | $500.00 | $500.00 | ($45.00) | $455.00 |
| 90 | 1993 Pontiac Grand-Am SE - 1993 Pontiac Grand-am se.This Pontiac is a solid driver with power windows. Starts/Runs/Drives, power windows with manual door locks, cloth interior, tape player, interior/exterior damages, great project car for restoration!!! Make: Pontiac Model: Grand Am Year: 1993 VIN: 1G2NE54N1PM630014 Mileage: 118,588 Doors: 4 Door Drive: Two-Wheel Drive Cylinders: 6 Cyl Transmission: Automatic Fuel Type: Gasoline Location: California Body Type: Sedan Emissions: No Smog | NOT SOLD | - | $0.00 | $0.00 | ($0.00) | $0.00 |

Total Lots: 24

Total: | $30,350.00 | $2,731.50 |

## Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Seller | | Detail on 15 Cars | $585.00 | |

Total Expenses: 1 | Total: | $585.00 |

## Payments

| Date | Payment type | Payment Info | Amount |
|---|---|---|---|
| 05/04/2015 01:31PM | CHECK | Check #: 1550 Payable To: Matt Talbert | $27,033.50 |

Total Payments: 1 | Total: | $27,033.50 |

**Summary**

| | |
|---|---|
| Auction Gross | $30,350.00 |
| Commissions | ($2,731.50) |
| Expenses | ($585.00) |
| Credits | $0.00 |
| Auction Net | $27,033.50 |
| Total Paid | $27,033.50 |
| Balance Due | $0.00 |

**EXHIBIT C**

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 11-06-2015 12:29 |
| FAX NO.1 | : 2133685009 |
| NAME | : CAROLYN DYE LAW |

| | | |
|---|---|---|
| FILE NO. | : | 746 |
| DATE | : | 11.06 12:28 |
| TO | : ☎ | 17602406761 |
| DOCUMENT PAGES | : | 2 |
| START TIME | : | 11.06 12:28 |
| END TIME | : | 11.06 12:29 |
| PAGES SENT | : | 2 |
| STATUS | : | OK |

***SUCCESSFUL TX NOTICE***

**CAROLYN A. DYE**
**LAW OFFICE OF CAROLYN A. DYE**
3435 Wilshire Blvd.
Suite 990
Los Angeles, California 90010

Telephone – 213/368–5000
Facsimile – 213/368–5009

**FAX COVER SHEET**

TO: _I-15 Auctions_
_(760) 240-6701_

FROM: _C. Dye_

DATE: _11/6_ , 2015   TIME: _____ A.M./P.M.

TOTAL PAGES INCLUDING COVER SHEET: _2_

CLIENT: _____   MATTER: _____

COMMENTS: _Please call me to discuss this._
_Thank you, Carolyn Dye_

This message is intended only for the use of the individual or entity to which it is
addressed, and may contain information that is privileged, confidential or exempt from
disclosure under applicable Federal or State law. If the reader of this message is
not the intended recipient or the employee or agent responsible for delivering the
message to the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone and
return the original message to us at the above address via regular U.S. mail. Thank
you.

00049

# CAROLYN A. DYE
## LAW OFFICE OF CAROLYN A. DYE
### 3435 Wilshire Blvd.
### Suite 990
### Los Angeles, California 90010

### Telephone - 213/368-5000
### Facsimile  - 213/368-5009

## FAX COVER SHEET

TO: _I-15 Auctions_
_(760) 240-6701_

FROM: _C. Dye_

DATE: _11/6_ , 2015   TIME: _____ A.M./P.M.

TOTAL PAGES INCLUDING COVER SHEET: _2_

CLIENT: _____   MATTER: _____

COMMENTS:
_Please call me to discuss this,_
_thank you, Carolyn Dye_

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via regular U.S. mail. Thank you.

LAW OFFICES OF

### CAROLYN A. DYE

3435 WILSHIRE BOULEVARD
SUITE 990
LOS ANGELES, CALIFORNIA 90010
TELEPHONE
213-368-5000
FACSIMILE
213-368-5009

November 5, 2015

Johan Graham                          Via email:
I-15 Auctions                         Jcl.johanlugo@gmail.com
14364 7th Street
Victorville, CA 92395

    Re:  Picture Car Warehouse, Inc.;
         Chapter 11 Case No. 1:15-bk-13495-MT

Dear Ms. Graham:

    I am counsel to Picture Car Warehouse, Inc., the Chapter 11
debtor in the above-referenced case. I am writing to ask that you
supply information concerning an auction of cars and parts
undertaken for Picture Car at the behest of Matthew Talbert.
There was, as I understand it, one auction in February 2015 and
the times at issue were withdrawn and then a month later the same
items were sold again. The second time the sale was concluded.

    I need a list of the items included in both auctions and the
prices offered in the first auction and what the same items were
sold for in the second. Finally, I will need confirmation of how
much was paid to Mr. Talbert by you from the sales.

    I recognize that requesting this information is at this time
may be an imposition. Nonetheless, as the company is in
bankruptcy, I am entitled to obtain the information and if
required I would seek a court order to compel you to provide it.
I trust that will not be necessary. If you have any questions
about this letter or the attachments, please call me.

                              Very truly yours,



cc: Ted D. Moser              Carolyn A. Dye

00051

**EXHIBIT D**

**Carolyn Dye**

| | |
|---|---|
| **From:** | Carolyn Dye |
| **Sent:** | Wednesday, December 16, 2015 6:02 PM |
| **To:** | 'earlcattle@gmail.com' |
| **Cc:** | 'Johan Graham' |
| **Attachments:** | 2004 - M.pdf |

Mr. Graham,

I am following up on the conversation we had earlier this week about Picture Car Warehouse. I do understand you are busy running your own business, but the information I requested is important and I am obliged to tell you that the Court can order you to provide it.

I have attached a copy of the motion for a 2004 examination of your company, which I hope to avoid by the prompt production of the information I requested. We need evidence of who received the proceeds of the auction of the Picture Car Warehouse property. The documents I have seen to date show the recipient of the funds as Matthew Talbert. Please provide the front and the back of the checks you paid him. If the payment was by wire or some other means, please identify that method of payment and provide a verification of the account the money was sent to.

I also need confirmation of the whereabouts of eh container and to make arrangements for the return of the items which were unsold.

I look forward to hearing from you and respectfully request your cooperation. As I related to you, I just need the facts.

Thank you, Carolyn Dye


Carolyn A. Dye
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010
(p) 213-368-5000
(f) 213-368-5009
cdye@cadye.com

NOTICE: This communication is intended for the use of the individual or entity to which it is addressed and may contain attorney/client information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email or by telephone and immediately delete this communication and all its attachments.

00053

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Debtor's Motion for 2004 Examination of I-15 Auctions, Person Most Knowledgeable and for Production of Documents by Each; Declarations of Ted D. Moser and Carolyn A. Dye in Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 4, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker  kate.bunker@usdoj.gov
Carolyn A Dye  trustee@cadye.com
Penelope Parmes  penelope.parmes@troutmansanders.com
Allan D Sarver  ADSarver@aol.com
United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL:** On January 4, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Standing Bar G Productions, Inc.  United States Bankruptcy Court
Attn: Earl Graham  The Honorable Maureen A. Tighe
c/o I-15 Auctions  United States Bankruptcy Judge
9233 Deep Creek Road  21041 Burbank Boulevard
Apple Valley, CA 92308  Suite 324
  Woodland Hills, CA 91367

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 4, 2016

_____
Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.