1  **OFFICES OF ALLAN D. SARVER**
   **ALLAN D. SARVER, Esq.** SBN106282
2  16000 Ventura Blvd. Suite 1000
   Encino, CA 91436
3  Telephone No.:(818) 981-0581
4  Facsimile No.:(818) 981-0026

5  Attorney for Matthew L. Talbert
6  and Conmercium, Inc.

FILED & ENTERED

JAN 08 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Fisher      DEPUTY CLERK

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9              **SAN FERNANDO VALLEY DIVISION**

10

11  In re:                          Case No  1:15-BK-13495MT

12  PICTURE CAR WAREHOUSE INC.      Chapter 11

13

14                                  ORDER RE. EXAMINATION OF
                                    DEBTOR PURSUANT TO RULE
15               Debtor             2004(A)

16                                  PROPOSED EXAMINATION DATE
17                                  DATE: January 28, 2016
                                    TIME: 1:00 p.m.
18                                  PLACE: 16000 Ventura Blvd
                                          Suite 1000, Encino,
19                                        CA 91436

20  _____

21       Matthew L. Talbert and Conmercium, assignee of

22  International Trade Finance Corporation having requested the

23  Debtor, Picture Car Warehouse Inc., through Ted Moser, in his

24  capacity as President appear for examination pursuant to

25  Bankruptcy Rule 2004(A), and good cause appearing therefore,

26       **IT IS HEREBY ORDERED** that the Debtor, Picture Car Warehouse

27  Inc., through Ted Moser in his capacity as President shall

28  appear on January 28, 2016, at 1:00 p.m.,(or a date otherwise

Order Re. Examination of Debtor
Pursuant to Rule 2004(A)

1  agreed to by the parties) at the Law Offices of Allan D. Sarver,

2  at 16000 Ventura Boulevard, Suite 1000, Encino,

3  California 91436 and answer questions with respect to, but not

4  limited to all assets and liabilities of the bankruptcy estate

5  of Picture Car Warehouse Inc., as well as the contents and basis

6  for responses to all questions asked and answered in the

7  bankruptcy schedules, statement of affairs, creditor listings

   and other documents on file with this Court.

8      Additionally, Debtor shall respond to questions and produce

9  the documentation referenced in the Motion for Examination of

10 Debtor pursuant to Bankruptcy Rule 2004(A)(Docket No.68) as

11 Exhibit "A" thereto.

12     Creditors shall provide prompt notice to Debtor at its

13 address of 8400 Reseda Blvd., Northridge, California 91324, as

14 well as its attorney, Carolyn A. Dye, 3435 Wilshire Blvd., Suite

15 990, Los Angeles, California 90010.

16 ###

17

18

19

20

21

22

23

24

25

26 Date: January 8, 2016

27

28

Maureen A. Tighe
United States Bankruptcy Judge

Order Re. Examination of Debtor
Pursuant to Rule 2004(A)