```
 1  CAROLYN A. DYE (SBN 97527)
 2  3435 Wilshire Blvd.
    Suite 990
 3  Los Angeles, CA 90010
    213/368-5000 – Telephone
 4  213/368-5009 – Facsimile
    Email: trustee@cadye.com
 5
 6  Attorney for Picture Car Warehouse, Inc.,
    Debtor in Possession
```



**FILED & ENTERED**

**JAN 08 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>PICTURE CAR WAREHOUSE, INC.,<br><br>                                Debtor. | Case No. 1:15-bk-13495-MT<br>[Chapter 11]<br><br>ORDER GRANTING DEBTOR'S MOTION FOR 2004 EXAMINATION OF I-15 AUCTIONS, PERSON MOST KNOWLEDGEABLE, AND FOR PRODUCTION OF DOCUMENTS<br><br>[No Hearing Required] |

The Court having considered the Debtor's Motion for 2004 Examination of I-15 Auctions, Person Most Knowledgeable, and for Production of Documents by Each, and good cause having been shown therefor,

IT IS HEREBY ORDERED:

1.    The following person shall be required to appear for a 2004 examination at the time and date convenient to the parties, if no date is agreed, then no later than January 26, 2016: Earl Graham or Person Most Knowledgeable, if not Earl Graham. Such examination shall take place at the Law Office of Carolyn A. Dye, 3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010. The examination shall commence at a time mutually agreed but if

no agreement then no later than 10:00 a.m. on the date referenced above; and

    2.    Pursuant to Fed. R. Bankr. P. 2004 and 9016, I-15 Auction shall produce for inspection any and all documents identified in Exhibit A to the Motion, which documents shall be produced no less than five business days prior to the date set for the individual examination. Such documents shall be produced at the Law Office of Carolyn A. Dye, 3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010.

###

Date: January 8, 2016

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge