ORIGINAL

FILED
JAN 26 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  Kara Shacket, Esq. (SBN 265430)
   3889 Caminito Aguilar # F
2  San Diego, CA 92111
   (858) 877- 8812 – Phone
3  karashacket@gmail.com -Email

   Attorney for 1-15 Auctions,
4  Third Party (not a creditor)

5              UNITED STATES BANKRUPTCY COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7              SAN FERNANDO DIVISION

8  In re                      )  Case No.:1:15-BK-13495-MT
                               )
9  PICTURE CAR WAREHOUSE       )  EX-PARTE HEARING NOTICE ON I-15'S
                               )  MOTION FOR PROTECTIVE ORDER
       Debtor                  )
10                             )  HEARING DATE: 01/27/2016
                               )  HEARING TIME: 1: 00 PM
11                             )  COURTROOM: 302
                               )  PLACE: 21401 BURBANK BLVD.,
                               )  WOODLAND HILLS, CA 91367
12                             )
                               )
13                             )  **BY FAX**
                               )

14  I-15 AUCTIONS, A THIRD PARTY TO THE CASE, HEREBY GIVES THIS NOTICE TO

15  THE DEBTORS, PICTURE CAR WAREHOUSE AND TED MOSER AND THEIR

16  COUNSEL.

    NOTICE IS HEREBY GIVEN that on **January 27, 2016 at 1:00 PM in court room 302** at
17
    21401 Burbank Blvd., Woodland Hills, CA 91367, Movant in the above captioned matter will
18
    move this court for an Order granting the relief sought in the Motion and accompanying
19
    supporting documents served, via U.S. Mail and email, and filed on 01/19/16 (Docket No. 83).
20
    Said Motion is based upon the grounds set forth in the Motion and accompanying documents.
21  This hearing date was obtained by reviewing the Honorable Judge Tighe's Order granting I-15's

22  Application for setting this hearing on shortened time to hear their Motion for Protective Order.

    A copy of which is attached to this notice for your review (Docket No. 85).
23

24

                    EX-PARTE HEARING NOTICE
                    1/27/16 at 1:00 PM RM 302
                            - 1 -

1 | In addition, telephonic notice was given to Debtor's counsel. 1-15's attorney called Debtor's
2 | counsel on 01/20/16, just before 6:00 pm, to notify the Debtors of such an ex-parte hearing date
3 | and time and such was discussed with their counsel, Ms. Carolyn Dye.

January 20, 2016                              Respectfully Submitted,

                                              _____
                                              Kara Shacket, Esq.
                                              Attorneys for Third Party, 1-15 Auction

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3889 Caminito Aguilar #F, San Diego, CA 92111
A true and correct copy of the foregoing document entitled: **NOTICE OF EX-PARTE HEARING ON 1-15'S MOTION FOR PROTECTIVE ORDER AND ORDER GRANTING APPLICATION FOR HEARING ON SHORTNEDED TIME** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) _01/21/16_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Carolyn A. Dye, Attorney for Debtor
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard Suite 860
Los Angeles, CA 90010

Debtor
Picture Car Warehouse, Inc.
8430 Reseda Blvd
Northridge, CA 91324

Office of U.S. Trustee
United States Trustee (SV)
915 Wilshire Blvd. Ste. 1850
Los Angeles, CA 90017

Honorable Maureen Tighe via personal Delivery-Attorney Service
United States Bankruptcy Court
21041 Burbank Blvd. Ctrm 302,
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01/20/16_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed

Via Email to Mr. Sarver, Attorney for Mr. Talbert (adsarver@aold.com) and to Ms. Dye, Attorney for Debtor (cdye@cadye.com), and Ms. Bunker, Trustee ( kate.bunker@usdoj.gov ) and Penelope Parmes (Penelope.parmes@troutmansanders.com)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/16 | Kara Shacket | |
|---|---|---|
| Date | Printed Name | Signature |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Kara Shacket, Esq. (SBN 265430)<br>3889 Caminito Aguilar # F<br>San Diego, CA 92111<br>(858) 877-8812 "C Phone<br>karashacket@gmail.com -Email | FOR COURT USE ONLY<br><br>**FILED**<br>JAN 20 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                   Deputy Clerk<br><br>**ENTERED**<br>JAN 20 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                   Deputy Clerk |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* 1-15 Auctions, TP | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -**SELECT DIVISION**  ▼** | |
| In re:<br>PICTURE CAR WAREHOUSE, INC. | CASE NO.: 1:15-BK-13495MT<br>CHAPTER: 11  ▼ |
|  | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |
| **Movant** (*name*): 1-15 Auctions | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* MOITON TO FOR PROTECTIVE ORDER ON THE ORDER GRANTING DEBTOR¡¯S ~~MOTION FOR 2004 EXAMINATION OF 1-15 AUCTIONS...~~

    b. *Date of filing of motion:* 01/19/2016

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 01/19/2016

3. Based upon the court's review of the Application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                        Page 1                  F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☑ A hearing on the motion will take place as follows:

> Hearing date: Jan. 27, 2016  Place:
> Time: 1:00 pm
> ☐ 255 East Temple Street, Los Angeles, CA 90012
> Courtroom: 302
> ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367
> ☐ 3420 Twelfth Street, Riverside, CA 92501
> ☐ 411 West Fourth Street, Santa Ana, CA 92701
> ☐ 1415 State Street, Santa Barbara, CA 93101

(2) ☑ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

> (A) *Deadlines:*
> Date: Jan. 21, 2016
> Time: 12:00 pm
>
> (B) *Persons/entities to be provided with telephonic notice:*
> Debtor's Counsel
>
> ☐ See attached page
>
> (C) *Telephonic notice is also required upon* the United States trustee

(3) ☑ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☑ one of the methods checked    ☐ all of the methods checked

(A) ☑ Personal Delivery   ☑ Overnight Mail   ☐ First class mail   ☑ Facsimile*   ☑ Email*

> (B) *Deadlines:*
> Date: Jan. 21, 2016
> Time: 5:00 p.m.
>
> (C) *Persons/entities to be served with written notice and a copy of this order:*
> Debtor's Counsel
>
> ☐ See attached page
>
> (D) *Service is also required upon:*
> -- United States trustee *(electronic service is not permitted)*
> -- Judge's copy personally delivered to chambers *(see Court Manual for address)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                              Page 2                        F 9075-1.1.ORDER.SHORT.NOTICE

(4) ☑ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☑ Personal Delivery  ☑ Overnight Mail   ☐ First Class Mail   ☑ Facsimile*   ☑ Email*

> (B) *Deadlines:*
> Date: Jan. 21, 2016
> Time: 5:00 PM
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
>
> Debtor's counsel
>
> ☐ See attached page
>
> (D) *Service is also required upon:*
> -- United States trustee *(no electronic service permitted)*
> -- Judge's copy personally delivered to chambers
> *(see Court Manual for address)*

(5) ☑ Regarding **opposition to the motion**

☑ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

> (B) *Deadlines:*
> Date:
> Time:
>
> (C) *Persons/entities to be served with written opposition to the motion:*
> -- movant's attorney (or movant, if movant is not represented by an attorney)
>
> (D) *Service is also required upon:*
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
> *(see Court Manual for address)*

(6) ☑ Regarding a **reply to an opposition:**

☑ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                           Page 3                    F 9075-1.1.ORDER.SHORT.NOTICE

(B) **_Deadlines:_**
Date:
Time:

(C) **_Persons/entities to be served with written reply to opposition:_**
-- All persons/entities who filed a written opposition

(D) **_Service is also required upon_**:
-- United States trustee *(electronic service is not permitted)*
-- Judge's Copy personally delivered to chambers
(*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☑ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☑ at least 2 days before the hearing.

☐ no later than:    Date:    Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: 1/20/16

*Maureen A Tighe*
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                  Page 4                            F 9075-1.1.ORDER.SHORT.NOTICE

## ATTACHED LIST FOR POS OF ORDER FOR SHORTENED TIME

**ATTACHMENT TO THE EXPARTE ORDER on the Motion For Protective Order field by a third party, 1-15 Auctions**

**2. SERVED BY UNITED STATES MAIL AND VIA TELEPHONIC NOTICE:** On *(date)* 1/21/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Carolyn A. Dye, Attorney for Debtor
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010

Office of U.S. Trustee
United States Trustee (SV)
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Debtor
Picture Car Warehouse, Inc.
8400 Reseda Blvd.
Northridge, CA 91234

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 01/19/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

Honorable Maureen Tighe via ~~personal Delivery Attorney Service~~ U.S. Mail
United States Bankruptcy Court
21041 Burbank Blvd. Ctrm 302,
Woodland Hills, CA 91367

Via Email to Mr. Sarver, Attorney for Mr. Talbert (adsarver@aold.com) and to Ms. Dye, Attorney for Debtor (cdye@cadye.com), and Ms. Bunker, Trustee ( kate.bunker@usdoj.gov ) and Penelope Parmes (Penelope.parmes@troutmansanders.com)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1/21/16    Kara Shacket    /s/