ORIGINAL



FILED
JAN 26 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Kara Shacket, Esq. (SBN 265430)
3889 Caminito Aguilar # F
San Diego, CA 92111
(858) 877- 8812 – Phone
karashacket@gmail.com -Email

Attorney for 1-15 Auctions,
Third Party (not a creditor)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

In re

PICTURE CAR WAREHOUSE, Inc.

Debtor

Case No.:1:15-BK-13495-MT

**DECLARATION OF NOTICE AND SERVICE OF I-15 AUCTION'S EX-PARTE HEARING AND MOTION FOR PROTECTIVE ORDER**

HEARING DATE: 01/27/2016
HEARING TIME: 1:00 PM
COURTROOM: 302
PLACE: 21401 BURBANK BLVD.,
WOODLAND HILLS, CA 91367

BY FAX

In compliance with the court's order granting an ex-parte hearing on I-15 Auction's Motion for Protective Order dated 01/20/16, make this Declaration of Notice and Service.

I, Kara Shacket, attorney for I-15 Auctions, declare under penalty of perjury the following is true and correct:

1. On 1/19/16, I emailed, and mailed via Fed-Ex, a copy of the Motion for Protective Order, Application for Ex-Parte Hearing, and proposed Order's on the Motion and Ex-Parte Hearing, on debtor, debtor's counsel, and the U.S. Trustee.

2. On 1/19/16, I also emailed the same to Mr. Sarver, attorney for creditor Matthew Talbert, and on Ms. Penelope Parmes.

3. On 1/19/16, I had a personal delivery service deliver the same to the court for Judge Tighe's attention.

DECLARATION OF NOTICE AND SERVICE FOR EX-PARTE HEARING ON I-15 AUCTION'S
MOTION FOR PROTECTIVE ORDER
- 1 -

4. On 1/20/16, I had an email indicating that the email I sent to Mr. Sarver on 01/19/16 failed and I re-emailed him the same on the same day;

5. On 1/20/16, when I became aware of the Court's Order on the docket, just before 6:00 p.m., I called Ms. Carolyn Dye's office and spoke to her and her assistant and was placed on speaker phone. I informed them that the court ordered the ex-parte hearing date and the hearing was set for 01/27/16 at 1:00 pm in room 302 at the Woodland Hills court house with formal written notice to follow.

6. On 1/21/16, I mailed, via U.S. Mail, the Ex-Parte Notice of Hearing and a copy of the Judge's order on such, to the debtor, debtor's counsel, the U.S. Trustee, and the court with attention to Judge Tighe.

7. On 1/21/16, I emailed the same debtor's counsel, the trustee, Mr. Sarver, and Ms. Parmes.

8. On 1/22/16, I will direct a personal delivery service to, no later than 2 days before the hearing, by 01/25/16, personally deliver to the court for Judge Tighe's attention the following: this Declaration of Notice and Service, and a copy of the Notice of Ex-Parte Hearing with the Order granting shortened time that was mailed to the parties and this court on 01/21/16.

January 22, 2016                                        Respectfully Submitted,

                                                        _____
                                                        Kara Shacket, Esq.
                                                        Attorneys for Third Party, I-15 Auction

DECLARATION OF NOTICE AND SERVICE FOR EX-PARTE HEARING ON I-15 AUCTION'S MOTION FOR PROTECTIVE ORDER
- 2 -